No. 16-2992

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

JODY D KIMBRELL

Plaintiff – Appellant

v.

FEDERAL HOUSING FINANCE AGENCY

Defendant – Appellee

Appeal from the United States District Court
For the Central District of Illinois
Case No. 16-CV-1182
The Honorable Judge Joe Billy McDade

## APPENDIX TO THE
## BRIEF OF THE PLAINTIFF-APPELLANT
## JODY D KIMBRELL

Jody D Kimbrell
6608 N University St
Peoria, IL 61614
          Pro Se

APPENDIX     TABLE OF CONTENTS

A. BV Sun Grove, LLC--Blue Valley Apts. Inc 1997 FL Div of Corps......1-8

B. Assignment of Certificate of Sale 12-CH-97 (3-14-0662)..................9-16

C. Texas Secretary of State-Wendy K Helms Notary on the
Assignment of Mortgage from Royal Bank of Canada to
*Fannie Mae* TX Sec of State.................................................................17-19

D. List of All Parties Involved...........................................................20-27

E. First Contact of Fannie Mae Carol King And Fannie Mae
Form 236 Remitted to Paul Segal Wells Fargo....................................28-30

F. Partial Pages from Carol Kings July 10, 2014 Deposition................31-39

G. Carol King's Email *All statements are Stopped*.................................40-41

H. Jody Kimbrell's 8/12/2010 Deed for 14-17-126-019 (.147ac) encroached on
piece of 14-17-126-001(018) includes add'l parcels A & B ...................42-43

I. First Complaint Appellee FHFA September 14, 2011 of the situation and the
demand for $15,000 cash payment by Paul Segal...............................44-48

J. Quit Claim Deed from BV Sun Grove, LLC-OCWEN Financial Service with
Jeffrey Krumpe's affidavit...................................................................49-61



**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

# Detail by Entity Name

## Florida Limited Liability Company

BV SUN GROVE, LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L14000084021 |
| **FEI/EIN Number** | 46-5752858 |
| **Date Filed** | 05/22/2014 |
| **State** | FL |
| **Status** | ACTIVE |

## Principal Address

3900 Wisconsin Avenue NW
MS 8H-203
Washington, DC 20016

Changed: 04/23/2015

## Mailing Address

3900 Wisconsin Avenue NW
MS 8H-203
Washington, DC 20016

Changed: 04/23/2015

## Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

## Authorized Person(s) Detail

**Name & Address**

Title Manager

LaGrone, Larry
3900 Wisconsin Avenue NW
MS 8H-203
Washington, DC 20016

Title Manager

Bush, Steven M

Exhibit A

A

3900 Wisconsin Avenue NW
MS 8H-203
Washington, DC 20016

Title Manager

Frouman, Barbara Ann
3900 Wisconsin Avenue NW
MS 8H-203
Washington, DC 20016

Title Manager

Brashear, Wesley
3900 Wisconsin Avenue NW
MS 8H-203
Washington, DC 20016

## Annual Reports

**Report Year**       **Filed Date**
2015                  04/23/2015

## Document Images

04/23/2015 -- ANNUAL REPORT        | View image in PDF format |
05/22/2014 -- Florida Limited Liability   | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State





FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

## Detail by Entity Name

### Florida Profit Corporation

BLUE VALLEY APARTMENTS, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P97000106015 |
| **FEI/EIN Number** | 650801007 |
| **Date Filed** | 12/17/1997 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | RESTATED ARTICLES |
| **Event Date Filed** | 05/28/2004 |
| **Event Effective Date** | NONE |

### Principal Address

3900 Wisconsin Avenue, NW
Mailstop 8H-203
Washington, DC 20016

Changed: 05/01/2015

### Mailing Address

3900 Wisconsin Avenue, NW
Mailstop 8H-203
Washington, DC 20016

Changed: 05/01/2015

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 09/20/2004

Address Changed: 09/20/2004

### Officer/Director Detail

**Name & Address**

Title CEO, President

LaGrone, Larry
3900 Wisconsin Avenue, NW
Washington, DC 20016

Title Secretary

Frouman, Barbara Ann
3900 Wisconsin Avenue, NW
Washington, DC 20016

Title VP

Bush, Steven M
3900 Wisconsin Avenue, NW
Washington, DC 20016

Title Treasurer

Brashear, Wesley
3900 Wisconsin Avenue, NW
Washington, DC 20016

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 04/26/2013 |
| 2014 | 04/11/2014 |
| 2015 | 05/01/2015 |

## Document Images

| | |
|---|---|
| 05/01/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2005 -- ANNUAL REPORT | View image in PDF format |
| 09/20/2004 -- Reg. Agent Change | View image in PDF format |
| 05/28/2004 -- Restated Articles | View image in PDF format |
| 04/27/2004 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 06/20/2003 -- Name Change | View image in PDF format |
| 01/29/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2001 -- ANNUAL REPORT | View image in PDF format |
| 08/17/2000 -- ANNUAL REPORT | View image in PDF format |
| 07/27/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/17/1998 -- ANNUAL REPORT | View image in PDF format |
| 12/17/1997 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State

## 2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P97000106015

**Entity Name:** BLUE VALLEY APARTMENTS, INC.

**FILED**
**May 01, 2015**
**Secretary of State**
**CC1621166101**

**Current Principal Place of Business:**

3900 WISCONSIN AVENUE. NW
 MAILSTOP 8H-203
WASHINGTON, DC 20016

**Current Mailing Address:**

3900 WISCONSIN AVENUE, NW
 MAILSTOP 8H-203
WASHINGTON, DC 20016 US

**FEI Number:** 65-0801007

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| Title | CEO, PRESIDENT | Title | SECRETARY |
|---|---|---|---|
| Name | LAGRONE. LARRY | Name | FROUMAN, BARBARA ANN |
| Address | 3900 WISCONSIN AVENUE, NW | Address | 3900 WISCONSIN AVENUE, NW |
| City-State-Zip: | WASHINGTON DC 20016 | City-State-Zip: | WASHINGTON DC 20016 |

| Title | VP | Title | TREASURER |
|---|---|---|---|
| Name | BUSH, STEVEN M | Name | BRASHEAR, WESLEY |
| Address | 3900 WISCONSIN AVENUE, NW | Address | 3900 WISCONSIN AVENUE, NW |
| City-State-Zip: | WASHINGTON DC 20016 | City-State-Zip: | WASHINGTON DC 20016 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARBARA ANN FROUMAN                SECRETARY                05/01/2015

Electronic Signature of Signing Officer/Director Detail                Date



## 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000084021

**Entity Name:** BV SUN GROVE, LLC

**Current Principal Place of Business:**

3900 WISCONSIN AVENUE NW
MS 8H-203
WASHINGTON, DC 20016

**Current Mailing Address:**

3900 WISCONSIN AVENUE NW
MS 8H-203
WASHINGTON, DC 20016 US

**FEI Number:** 46-5752858

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

**FILED**
Apr 23, 2015
Secretary of State
CC7610800524

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                    Date

### Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | MANAGER | | Title | MANAGER |
| Name | LAGRONE, LARRY | | Name | BUSH, STEVEN M |
| Address | 3900 WISCONSIN AVENUE NW MS 8H-203 | | Address | 3900 WISCONSIN AVENUE NW MS 8H-203 |
| City-State-Zip: | WASHINGTON DC 20016 | | City-State-Zip: | WASHINGTON DC 20016 |
| Title | MANAGER | | Title | MANAGER |
| Name | FROUMAN, BARBARA ANN | | Name | BRASHEAR, WESLEY |
| Address | 3900 WISCONSIN AVENUE NW MS 8H-203 | | Address | 3900 WISCONSIN AVENUE NW MS 8H-203 |
| City-State-Zip: | WASHINGTON DC 20016 | | City-State-Zip: | WASHINGTON DC 20016 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARBARA ANN FROUMAN                MANAGER                04/23/2015

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

## 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P97000106015

**Entity Name:** BLUE VALLEY APARTMENTS, INC.

**Current Principal Place of Business:**

1661 WORTHINGTON ROAD, STE 100
WEST PALM BEACH, FL 33409

**Current Mailing Address:**

1661 WORTHINGTON ROAD
SUITE 100
WEST PALM BEACH, FL 33409 US

**FEI Number:** 65-0801007

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525 US

**FILED**
**Apr 11, 2014**
**Secretary of State**
**CC4674917896**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT, CEO, DIRECTOR | | Title | ASST. SECRETARY |
| Name | STOLBERG, WILLIAM H | | Name | DAY, KIMBERLY |
| Address | 1661 WORTHINGTON RD, STE 100 | | Address | 1525 S. BELT LINE RD. |
| City-State-Zip: | WEST PALM BEACH FL 33409 | | City-State-Zip: | COPPELL TX 75019 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath, that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DAY , KIMBERLY                                        ASST. SECRETARY          04/11/2014

Electronic Signature of Signing Officer/Director Detail                                        Date





LR 2014021027          10/6/2014 11:13 AM

Recorded in

Peoria County Recorder of Deeds, ILLINOIS
Teste

*Nancy K Horton*

Recorder of Deeds

**ASSIGNMENT OF
CERTIFICATE OF SALE**
*Peoria County*

THIS DOCUMENT PREPARED
BY AND AFTER RECORDING,
MAIL TO:

Douglas B. McDonald, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 et seq., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 12 CH 97 |
| KIMBRELL REALTY/JETH COURT, LLC, an Illinois limited company; JODY D. KIMBRELL; ANNA F. ISAACS; JASON CLAYTON; MICHAEL D. KIMBRELL; STATE BANK OF SPEER; UNKNOWN OWNERS and NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ASSIGNMENT OF CERTIFICATE OF SALE

This ASSIGNMENT OF CERTIFICATE OF SALE (this "Assignment") is made
and entered into to be deemed effective for all purposes as of _Oct. 6_____, 2014, by
FANNIE MAE, a corporation organized and existing under the laws of the United States
whose address is 14221 Dallas Parkway, Suite 1000, Dallas, Texas  75254, Attn:
Multifamily REO Manager, Multifamily Loss Mitigation (the "Assignor"), and BV SUN
GROVE, LLC, a Florida limited liability company, whose address is 1661 Worthington

# 8514450                                    - 1 -

Exhibit
B

Road, Suite 100, West Palm Beach, Florida, 33409, Attn: Corporate Secretary, (hereinafter referred to as the "Assignee").

## WITNESSETH:

**WHEREAS**, Assignor was the successful bidder at the foreclosure sale (the "Foreclosure Sale") held on October 6, 2014 with respect to certain improved real property, located in Peoria County, Illinois, more particularly described by the attached **Schedule A**, and Assignor has agreed to assign to Assignee all of Assignor's right, title and interest arising from Assignor having been the successful bidder at such Foreclosure Sale.

**NOW THEREFORE**, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee agree as follows:

1.     Assignment of Certificate of Sale. Pursuant to 735 ILCS 5/15-1507(f), Assignor hereby absolutely, unconditionally and irrevocably grants, conveys, assigns and transfers to Assignee to have and to hold the same unto Assignee, its successors and assigns forever, all of the rights, title and interest of Assignor in the Certificate of Sale issued in the above-captioned case and arising from Assignor having been the successful bidder at the Foreclosure Sale (the "Assigned Rights"). Assignor, for itself, its successors and assigns, hereby covenants with and warrants to Assignee, its successors and assigns that Assignor is the lawful owner of the Assigned Rights and has the lawful right and authority to sell and convey the Assigned Rights to Assignee. Assignee shall be entitled to seek confirmation of the sale and a sheriff's deed pursuant to statute.

2.     Acceptance and Assumption by Assignee. Assignee hereby accepts the assignment of the Assigned Rights. Assignee hereby assumes Assignor's obligations accruing from and after the date hereof with respect to the Assigned Rights.

3.     Further Assurances. Assignor shall, upon request of Assignee, do, execute, acknowledge and deliver all such further acts, assignments, conveyances and assurances as may be reasonably requested for the better assigning, assuring and confirming the absolute conveyance of the Assigned Rights to Assignee.

4.     Absolute Assignment. This Assignment constitutes an absolute, unconditional and irrevocable conveyance of the Assigned Rights to Assignee by which Assignor completely divests itself of any and all rights, title or interest in and to the Assigned Rights (including, but not limited to, any right of redemption or other right of any nature whatsoever to reacquire the Assigned Rights or any part thereof, or to set aside this conveyance). This Assignment is not intended as, and shall not constitute, an assignment for the purposes of security, a trust conveyance, or other security agreement of any kind or nature whatsoever. Assignor declares that this conveyance is freely and fairly made.

-2-

5.    Miscellaneous. This Assignment shall be binding upon and inure to the benefit of the parties hereto, and their respective successors and assigns. If any provisions of this Assignment or the application thereof to any persons, entities or circumstances shall to any extent be invalid or unenforceable, then such provisions shall be deemed to be replaced by the valid and enforceable provision which is substantively most similar to such invalid or unenforceable provision, and the remainder of the Assignment, or the application of such provisions to persons, entities or circumstances other than those as to which it is invalid or unenforceable shall not be affected thereby. The headings to sections of this Assignment are for convenient reference only, do not in any way limit or amplify the terms of this Assignment, and shall not be used in interpreting this Assignment. This Assignment shall be governed by and construed in accordance with the laws of the State of Illinois. This Assignment may be executed in any number of counterparts so long as each signatory hereto executes at least one such counterpart. Each such counterpart shall constitute one original, but all such counterparts taken together shall constitute one and the same instrument. Any counterpart may be executed by facsimile or electronic copy.

[signatures appear on the next page]

WITNESS our signatures and seals.

ASSIGNOR:

FANNIE MAE, a corporation organized and
existing under the laws of the United States

By: _____
Name: _____
Its: _____ FRANK YANEZ

**ASSISTANT VICE PRESIDENT**

State of ___Texas___ )
                        ) ss:
County of ___Dallas___ )

        Before me, a Notary Public in and for the jurisdiction of aforesaid, personally
appeared this date, ___Frank Yanez___, personally well known (or
satisfactorily proven) to me to be the person whose name is subscribed to the foregoing
and annexed instrument, who, being by me first duly sworn, did acknowledge that he or
she is the ___A V P___ of Fannie Mae, and that he or she, being
duly authorized to do so. executed said instrument in the name and on behalf of said
corporation as his or her free act and deed and the free act and deed of said corporation
for the uses and purposes therein contained.

        Witness my hand to the official seal this _3rd_ day of _Oct_, 2014.

[Seal]      
Linda S. Henderson
Commission Expires
04-19-2016
     _____
               Notary Public

My commission expires ___4-19-16___

Signature Page to Assignment of Certificate of Sale
(Jeth Court Townhouses)

ASSIGNEE:

BV SUN GROVE, LLC, a Florida limited liability
company

By: _____

**Michael Tozzi**

State of _Florida_ )
                ) ss:
County of _Palm Beach_ )

**Authorized Signatory**

      Before me, a Notary Public in and for the jurisdiction of aforesaid, personally
appeared this date, _Michael Tozzi_ , personally well known (or satisfactorily
proven) to me to be the person whose name is subscribed to the foregoing and annexed
instrument, who, being by me first duly sworn, did acknowledge that he or she is the
_Authorized Signatory_ of BV Sun Grove, LLC, and that he or she, being duly authorized to
do so, executed said instrument in the name and on behalf of said corporation as his or
her free act and deed and the free act and deed of said corporation for the uses and
purposes therein contained.

      Witness my hand to the official seal this _3rd_ day of _October_ , 2014.

[Seal]

                         _____
                           Notary Public

My commission expires _6/19/2017_

Notary Public State of Florida
John Halvorson
My Commission FF 010818
Expires 06/19/2017

Signature Page to Assignment of Certificate of Sale
(Jeth Court Townhouses)

13

 **FannieMae**

Date:       October 24, 2008

To:         Fannie Mae Multifamily Lenders

From:       Caroline Blakely, Vice President

Subject:    Lender Memo 08-19:
            Mortgage Loan Delinquency Management Process and Procedures

# Highlights

- Fannie Mae modifies its Delinquent Mortgage Loan Servicing Requirements for Mortgage Loan Payment Defaults.

This Lender Memo builds on Lender Memo 08-14, which clarified Servicers' reporting and certification requirements for all delinquent Mortgage Loans in a Servicers' Fannie Mae portfolio and updates Fannie Mae's delinquency and monetary default resolution protocols. Lender Memo 08-14 remains in effect and should be read in conjunction with this Lender Memo. This Lender Memo amends certain requirements of Part V, Chapter 5, of the DUS Guide, Part VI, Chapter 5, of the NT Guide, and Part IX, Chapters 7 and 8, of the NT Guide to the extent that the subject matter discussed herein modifies the subject matter in such Guide provisions.

Fannie Mae requires that at a minimum each Servicer offer the same standard of care to its Fannie Mae portfolio as it would its own portfolio. Servicers must aggressively pursue collection of all amounts due from Borrowers under the Mortgage Loan documents to minimize losses. To that end, this Lender Memo sets forth the roles, duties and responsibilities of the various groups within Fannie Mae, the Servicer, and, if applicable, the Special Servicer charged with resolving delinquencies and defaults in the most efficient and expeditious manner.

For purposes of this Lender Memo, the term "Servicer" means the primary servicer responsible for servicing the Mortgage Loan, whether such party is the selling Lender or a third party servicer for the selling Lender. To the extent Fannie Mae has approved a third-party servicer or subservicer for any Lender, such servicers or subservicers will be required to comply with the requirements contained in this Lender Memo and the

**Summary**

The requirements set forth in this Lender Memo represent only the minimum requirements that Fannie Mae expects from the Servicer with respect to delinquent Mortgage Loan servicing. Unusual circumstances may require the Servicer to perform additional servicing duties, which should be discussed in advance with Fannie Mae.

Please direct your questions regarding Servicers' delinquency management responsibilities and the Dialog Track activities, to Servicer Relationship Management at:

|  | Telephone | Email |
|---|---|---|
| Jeff Terra | 301-204-8307 | jeffrey_m_terra@fanniemae.com |
| Franchesca Fotenos | 301-204-8063 | franchesca_fotenos@fanniemae.com |

Questions on Foreclosure Track activities and Special Servicing Action Plans should be forwarded to:

|  | Telephone | Email |
|---|---|---|
| Frank Yanez | 972-773-7379 | frank_yanez@fanniemae.com |
| Tom Yoder | 972-773-7966 | tom_yoder@fanniemae.com |

15

## Out of Office: amounts

**From :** Frank Yanez <frank_yanez@fanniemae.com>

Sat, Dec 17, 2011 08:45 PM

**Subject :** Out of Office: amounts

**To :** jody513@comcast.net

I will be on business travel Wednesday - Friday (12/14 - 12/16) and will be checking my voicemail & emails. Please do not hesitate to contact Micole Daulisio at (972) 656-7151 if you require immediate attention.

## TEXAS SECRETARY of STATE
**NANDITA BERRY**

### Notary Search

**Error:** No records found.

Notary Identification Number

First Name     Middle        Last Name       Suffix

w endy         K             helms

Zip Code

Exhibit C

C

99

This Assignment is executed as of the day, month and year first above written.

ASSIGNOR:

**ROYAL BANK OF CANADA**
a Canadian chartered bank

By: _____
Todd J. Rhodes
Authorized Signatory

STATE OF TEXAS    )
               )
COUNTY OF COLLIN  )

    This instrument was acknowledged before me on the 25 day of Jul , 2008 by TODD J. RHODES, Authorized Signatory of ROYAL BANK OF CANADA a Canadian chartered bank, on behalf of said chartered bank.



Notary Public.
the State of Texas
My Commission Expires:

WENDY K. HELMS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 25, 2010

Assignment of Mortgage
Jeth Court Townhouses

Signature Page

18

The undersigned hereby certifies that the
document is a true and correct copy of the
original document submitted for recording
in the appropriate jurisdiction.

Steven R. Smith
Greenberg Traurig, LLP

## ASSIGNMENT OF MORTGAGE

STATE OF ILLINOIS     §
                            §        KNOW ALL MEN BY THESE PRESENTS

COUNTY OF PEORIA     §

This Assignment of Mortgage (the "<u>Assignment</u>") is made and entered into as of the 1ˢᵗ day of <u>August</u>, 2008, by ROYAL BANK OF CANADA, a Canadian chartered bank ("<u>Assignor</u>"), for the benefit of FANNIE MAE ("<u>Assignee</u>").

1.     Assignor has previously made a mortgage loan in the principal amount of $2,264,000.00 ("<u>Loan</u>") to KIMBRELL REALTY/JETH COURT, LLC, an Illinois limited liability company ("<u>Borrower</u>"). The Loan is secured by a Multifamily Mortgage, Assignment of Rents, and Security Agreement, ("<u>Mortgage</u>") executed by Borrower dated August 1, 2008, on the property known as Jeth Court Townhouses, and recorded as _____, in the official public records of Peoria County, Illinois, of which cover the real property described on <u>Exhibit A</u>, attached hereto.

2.     Assignor desires to assign, transfer and convey without recourse, representation or warranty all of its rights, title and interest in the Mortgage to Assignee, without recourse, representation or warranty.

NOW, THEREFORE, in consideration of the recitals stated above and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.     Assignor hereby assigns, transfers and coveys without recourse, representation or warranty to Assignee all of Assignor's rights, title and interest in, to and arising out of the Mortgage, without recourse, representation or warranty.

2.     The terms and provisions of this Assignment shall inure to the benefit of, and shall be binding upon, the successors and assigns of the parties hereto.

3.     This Assignment shall be construed and enforced according to the laws of the State of Illinois.

4.     Assignor agrees to execute and deliver to Assignee such other documents as may be reasonably necessary in order to effectuate the transaction contemplated hereby.

19

**Royal Bank of Canada, a Canadian Chartered Bank**

PO Box 1,         200 Vesey St

Royal Bank Plaza     New York, NY 10281

Toronto, Ontario M5J 2J5  800 769-2542 originating bank unlicensed to do business in Illinois in violation of Illinois licensing act of 1987 affirmed Illinois Supreme Ct Sept 24, 2014

**Centerline Capital Group**

5221 N O'Connor Blvd suite 600

Irving, TX 75039

**Clyde F Greenhouse SR VP**  **972 868-5345** CGreenhouse@centerline.com serv bank who coop'd with Royal Bank to get loans insured they a DUS lender Royal Bank of Canada unlicensed both in IL and with fannie mae.

**Centerline Capital Group New York director Steve Cox** said 65% of the loans "coop'd" were defective. Est $225M of defective loans fannie mae got with this conspiracy of fraud

**Steven Smith  attorney did the closing US Marshall unable to locate him**
**Greenburg Traurig LLP**
2200 Ross Ave Suite 2200
Dallas, TX 75201   214 665-3600

**Wendy K Helms** signed the mortgage documents as a Texas notary but there is no record at the licensing agency Texas Sec of State for this person.

**RBC Capital Markets Corporation**
**1 S Wacker Dr**, Suite 2500  see fannie mae sr counsel nicholson
Chicago, IL 60661  312 559-2083

**RBC Capital Markets**
500 W Madison St suite 2500
Chicago, IL  60661    312 559-3000 used residential mortgage license to do DUS loans having a coop with Centerline to take them. DOJ busted them Nov 2008 for writing defective mortgage to FHA.

**Anthony J. Giannini, VP Royal Bank of Canada Loan Officer**
Now Senior Vice President
**Bradford Allen Capital**
200 South Michigan Avenue, 18th Floor
Chicago, Illinois 60604   312.878.6705  has again disappeared according to BK court





Attorney **John F Anzelc Katten Muchin Rosenman LLP** of Chicago Royal
Bank of Canada

**Todd Rhoades, Signatory and Assigned Mortgage for Royal Bank of Canada**
Royal Bank of Canada
3 World Financial Center
200 Vesey St.
New York, NY 10281 left 3 days after closing 8/10/2008 to Silver Peak Real
Estate Partners Singapore. last known per his LinkedIn account ADIA-Abu Dhabi manager
Investment Authority

**Leslie J. Sobel**
**Senior Counsel Royal Bank of Canada**
Three World Financial Center, 200 Vesey Street
New York, NY 10281 212-428-6216

**John Fleming Assistant General Counsel RBC Bank (USA)**
Now Sr. V.P. & Senior Counsel First **Citizens Bank & Trust**
4300 Six Forks Road
Raleigh, NC 27609 919-788-5620

**Wells Fargo Multifamily Capital Service Bank for Fannie Mae**
530 5th Ave (45th Street),
New York, NY 10036 212 214-8468

**Wells Fargo Bank NA San Francisco CA pmt center that rejected pmts
so loan would default Twilla Revelle ( who also signed certified affidavit
that I refused to make pmts) as Wells Fargo Bank, NA Director Dallas TX
Joanne Genecki and Winston Moses assume they are in San Francisco**

**Lars A. Carlsten, Senior Counsel**
Legal Group, MAC D1053-300
Wells Fargo Bank, N.A.
301 South College Street
Charlotte, North Carolina 28202 704 383-0385

**Paula Levine, Managing Director**
375 Park Avenue 9th floor
New York, New York 10152 212 214-8468

**Paul Segal, Asset Manager**
7600 Wisconsin Ave. - Suite 100
Bethesda, MD 20814 301 280-7522 who defaulted the
loan and refused to remit release of $880 to fannie mae instead started coop to
steal the property for profit.

21

**Stan Mercer Internal Investigator IV Compliance  Dallas, TX**
  Fannie Mae 214 242-8344

 **Jennifer Collins MGR Fannie Mae Compliance  Washington, DC**  both
bailed when they discovered it was fannie mae mgmt committing the
misconduct.

 **Jeffrey E Krumpe**
**Miller, Hall & Triggs, LLC**
416 Main St suite 1125
Peoria, IL  61602
 309 671-9600
Attorney of Record for Fannie Mae  who has collected over $500K in legal fees
Coop attorneys and creditors in bankruptcy fraud

Bankruptcy fraud by creditors in coop with fannie mae to get stay lifted on 5-
plex building and frontage lots that landlock the property

**Joseph B VanFleet**                **309 672-2200**
**VanFleet Law Office**
7817 N Knoxville
Peoria, IL  61614        **State Bank of Speer** false claim inc debt without
collateral so fannie mae could lift stay claiming no equity. The value of the
collateral $1.2 million  this to force debtor into chapter 7 liquidation and they
could acquire the property.

**Heyl Royster Voelker & Allan   309 676-0400**
**John Heil Alex Ketay**
124 SW Adams St suite 600
Box 6199
Peoria, IL 61602  Republic Bank of Chicago filed as a secured creditor when they
have no lien and had filed judgment against all the property at Jeth Ct **SIX**
years after property mortgage was paid by loan Royal Bank of Canada insured
by fraud fannie mae loan.

              **Larry Lagrone  Fannie Mae Loss Mitigation Director Dallas, TX**
                Multifamily Loss Mitigation  Fannie Mae
                  14221 Dallas Parkway, Suite 1000
                  Dallas, Texas  75254-2916
  **Larry LaGrone**, HCD Loss Mitigation at 972-773-7948 Washington, DC
  Larry_lagrone@ **fanniemae**.com
And **as owner of BV Sungrove LLC and Blue Valley Apartments Inc**  FL
hidden for profit corps in coop with **OCWEN Financial Services William
Stolberg** to steal properties for profit.

22

**Brian E. Manion, Director**
520 Lake Cook Road, Suite 315
Deerfield, IL 60015    847 282-6633
thinks stealing property is fun according to his email

**Fidelity National Title Group**
**Chris White,** Associate Claims Counsel
2111 South 67th Street, Suite 210
Omaha, NE 68106    402-498-7049
**Kayla VanCannon**
VP, Managing Counsel
2111 South 67th Street, Suite 210
Omaha, NE 68106   (402) 498-7027

**Foresite Realty Partners, LLC**
9525 West Bryn Avenue Suite 925
Rosemont, Illinois 60018    847 939-6015 used Jody
Kimbrell's FEIN applying $850K of the rents they collected to it which then no
federal or state income taxes would be paid as the FEIN holder is required to
send out 1099s which could not be done by the FEIN holder.

**Managing Broker  Donald Shapiro**
of Foresite Realty Partners, LLC
9525 West Bryn Avenue Suite 925
Rosemont, Illinois 60018    847 939-6015 80% of his
property mangers leasing agents are unlicensed including two of the principals
of the business

**Kimberly A. Sarff, Esq.**
**Hush Blackwell LLC**
401 Main Street, Suite 1400
Peoria, IL 61602    309 637-4900
MOVED TO: **Quinn Johnson Henderson Pretorius**
227 NE Jefferson
Peoria, IL  61602  306 674-1133
Attorney of Record for Fannie Mae Receiver Jamie Hadac

**ADAM TRYZNKA, ASST.V.P.Unlicensed Regional Property Manager**
9525 West Bryn Mawr Avenue, Suite 925
Rosemont, Illinois 60018    847 939-6013

23 4

OCWEN Financial Corp
Mgr William H Stolberg
1661 Worthington Rd  West Palm Beach, FL 33409
William.Stolberg@Ocwen.com  William Stolberg, CPM, CCIM
Ocwen Loan Servicing, LLC
T: (561) 682-8275 E:
Lynn Almeida lynn.almeida@ocwen.com 561-682-8954

Ocwen Loan Service LLC,
1525 S Belt Line Rd, Coppell, TX 75019
469-645-3000 is the main #

Ronald M. Faris, II (Ron) – President and CEO
Residence: Palm Beach Gardens, FL      Ronald.Faris@ocwen.com T: (561) 682-7535

William C. Erbey (Bill) – Executive Chairman   Wilbur L. Ross – Board of
Directors John V. Britti –VP CFO
E: John.Britti@Ocwen.com

Jill A. Showell –Senior Vice President for Government and Community
Relations. based in Washington, D.C. office.

Jeffrey Neufeld – Director, Treasury
T: (561) 682-8875 E: Jeffrey.Neufeld@Ocwen.com

Paul A Koches – Executive Vice President and General Counsel

Stephen Swett – Shareholder Relations  Brad Cohen – Shareholder Relations
T: (203) 682-8200 E: shareholderrelations@ocwen.com

Glass Ratner  Advisory & Capital Group LLC
Monarch Tower
3424 Peachtree Road Suite 2150
Atlanta, GA 30326 ph: 678.904.1990
fax: 678.904.1991
manager Michael Zink
Stonemark management co
360 E Randolph, Chicago, IL   60601    312 590-0959  mzink@glassratner.com

Federal National Mortgage Association



                3900 Wisconsin Avenue, NW
                Washington, DC 20016-2892 dozens of mailstop addresses

Larry Lagrone
FannieMae –Loss Mitigation
14221 Dallas Parkway, Suite 1000
Dallas, Texas 75254-2916
Fannie Mae director of Loss mitigation BV Sun Grove LLC and Blue Valley
Apartments Inc.      + 265 pages of member names addresses hidden LLCs

*Carol S. King*
Sr. Asset Manager
972.773.7815 - direct
240.699.2270- facsimile
214.642.3191 - cell
6423 Embers Rd
Dallas TX 75482

Jeffrey E. Krumpe ¦ Miller, Hall & Triggs, LLC
416 Main Street, Suite 1125 ¦ Peoria, Illinois 61602-1161
Phone (309) 671-9600 ¦ Fax (309) 671-9616
Attorney for Fannie Mae and various other named parties
jefffrey.krumpe@mhtlaw.com

Fannie Mae  John D. Nicholson  Deputy General Counsel
One S. Wacker Drive  Suite 1400
Chicago, IL 60606
Telephone: 312-368-6249
Facsimile: 240-699-2328

**Hidden LLCs:** BV SUN GROVE a Florida Limited Liability  CC761800524

BV SUN GROVE, LLC a Florida Limited Liability Co W14000032564
BV SUN GROVE, LLC  an Illinois Limited Liability Co 04923707
Blue Valley Apts Inc a Florida Corp CC162 21166101
MF Blue Valley Apartments LLC
CAM Disposition HOLDCo LLC
Plus 176 more LLCs affiliated over 260 pages of members addresses affiliations.

Title Co that closes bogus mortgages
First American Title Insurance Co
Hilda Barbosa
30 N LaSalle St
Chicago, IL 60602

25

Fannie mae mgmt on the hidden FL  LLCs

**Steven M Bush**  who signed as **VP of BV Sungrove LLC buyer** and as VP of
Fannie Mae seller to which a **$2.4M mortgage** was obtained with **Fannie Mae
as the LENDER and BV Sun Grove as the borrower.** Recorded Oct 15, 2015
Peoria Co Courthouse.
**Wesley Brashear**
**Barbara Ann Frouman** sec also signed the Florida LLC docs
And are members of Blue Valley Apartments Inc who has sold property all over
the United States as owners of the properties.
Both listed as Washington DC  Fannie Mae 3900 Wisconsin Blvd MS 8H-203

Who hides the misconduct
**Marvin F Poer and Co**
2211 York Rd suite 222
Oakbrook, IL  60523    630 413-9387  Adam Kopp

**Lagrone new mgmt who has broke into my bldg stealing rents as the new
5-plex property landlocks the other 5 bldgs so larceny, bankruptcy fraud,
intimidation not beneath them.**

 **Glass Ratner  Advisory & Capital Group LLC**
Monarch Tower
3424 Peachtree Road Suite 2150
Atlanta, GA 30326        ph: 678.904.1990

**Michael Zink lic as IL broker under Stonemark Management LLC**
GlassRatner Mgmnt
360 E Randolph St
Chicago IL 60601    312 590-0959 email mzink@glassratner.com

Cooperating company 77 Corps 100s of LLCs 1000s of properties

**OCWEN Financial Serv.**
Ocwen Loan Service LLC,
1525 S Belt Line Rd,
Coppell, TX 75019
469-645-3000 is the main #

**Ronald M. Faris, II (Ron) – Pres CEO**  home addresses

| | | | |
|---|---|---|---|
| FARIS RONALD M & | 5540 N OCEAN DR 3-C | RIVIERA BEACH | 56434215071000033 |
| FARIS RONALD M & | 11970 TORREYANNA CIR | UNINCORPORATED | 00414214070001880 |

West Palm Beach, FL    T: (561) 682-7535 Ronald.Faris@ocwen.com

26

**Jamie Haddac, Broker Executive VP**     847 939-6023  847 939-6020
Court Appointed Receiver for Fannie Mae
9525 West Bryn Mawr Avenue, Suite 925
Rosemont, Illinois 60018

**Patti Burnett, Unlicensed Practicing Property Manager**
9525 West Bryn Mawr Avenue, Suite 925
Rosemont, Illinois 60018    314 229-8831 left for Ohio same work

**Clint Bagwell, Unlicensed Practicing Leasing Agent**
1331 W Jeth Ct    listed vacate unit on court required Receiver report
Peoria, IL 61614    309 948-3504 Oklahoma license plate # 649HWC
This so he could receive income and not pay Illinois taxes

**Dennis Taylor** Verbal Claim Maintenance for Fannie Mae
*with Chemical*
54 Edgewood Terrace
Forrest City, IL  61532   309 597-2510 spent week in Springfield burn unit
after my SUV suddenly caught fire and burned  said it was a chemical fire.

**Carol S. King, Sr. Asset Manger**
Multifamily Loss Mitigation  Fannie Mae
14221 Dallas Parkway, Suite 1000
Dallas, Texas  75254-2916     927 773-7815

**John Nicholson Esq. Deputy General Counsel Fannie Mae Chicago**
**1 South Wacker Dr** Suite 1400
Chicago, IL  60606    312 368-6249   who approved 2008
fannie insured loan by an unlicensed lender plus many more fannie mae
insures est $225M my loan was #31

**Marous & Assoc**
330 S Northwest HWY suite 204    847 384-2031  cell 312 543-4000
Park Ridge, IL  60068 mmarous@marous.co   created a false appraisal of 5-plex

**Zumwalt & Assoc   Gary**
1040 w Olympia Dr
Peoria, IL  61615  309 692-5072  created a fake survey and incorrect pinning
of property.

**Frank Yanez  Fannie Mae employee 972 773-7379**
frank_yanez@fanniemae.com
director delinquency management fannie mae lender memo 08-19 detailed how
service banks are to handle borrower delinquency--NONE which was done and
**he signed as Fannie Mae VP on the foreclosure document**

27

# XFINITY Connect

## Jeth Court

**From :** Carol King <carol_king@fanniemae.com>        Mon, Nov 07, 2011 08:59 PM

**Subject :** Jeth Court

    **To :** 'jody513@comcast.net' <jody513@comcast.net>

    **Cc :** 'Jeffrey Krumpe' <jeffrey.krumpe@mhtlaw.com>

Ms. Kimbrell,

I wanted to email you and introduce myself as the asset manager assigned to your loan.  In the interest of trying to do a modification/workout of your loan, I will need to order updated 3rd party reports; (e.g., appraisal, engineering & environmental).   CB Richard Ellis ("CBRE") has been engaged to perform the appraisal and f3, Inc. has been engaged to do updated engineering and environmental reports. Additionally, I will need to inspect the property.  I would like to inspect it on November 28th between 1-1:30 p.m.

Please let me know if this schedule works for you.  As you are aware, this is a somewhat slow process on our end but the 28th is the first day that I can get to the property.  I appreciate your patience and look forward to working toward an amicable resolution on your loan. Please let me know if you have any questions.

*Carol S. King*
Sr. Asset Manager
FannieMae – Multifamily Loss Mitigation
14221 Dallas Parkway, Suite 1000
Dallas, Texas 75254-2916
972.773.7815 - direct
240.699.2270- facsimile
carol_king@fanniemae.com

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

Exhibit E

E
28


*sent to Paul Segal Sept 20, 2011*

**FannieMae**

8300001166
Fannie Mae Loan No.

# Application for Partial Release

FHA/VA/MI No.

(Supply only applicable information)

☒ Partial Release (Real Property)　☐ Easement　　　　　　　☐ Subordination to Easement
☐ Partial Release　　　　　　　　☐ Substitution of Security　☐ Consent to Alterations
☐ Waiver　　　　　　　　　　　　☐ Division of Security　　　☐ Release of Oil/Gas Royalties
(Submit proposed instrument in all cases)

### Part I

Name and mailing address of mortgagor
Kimbrell Realty Jeth Ct LLC
6608 N University
Peoria Il 61614

Property address 1333-1347 Jeth Ct,
Peoria Il 61614
14-17-126-001

The undersigned mortgagor(s) hereby apply to the Federal National Mortgage Association (Fannie Mae) for the purpose checked above, as follows:
(Summarize Request)　Small piece (.0109 AC) survey Att　removed from Mortgage

Reason for request　SM piece has corner of new Const (14-17-126-004) encroached
Future use of that portion of the property to be released or divided　disc when Title was pulled for sale of New Const.

Corn of new Bldg sitting on it - Value $0　consisted of a gully + woods (pic Att)
Future use of the remainder of the property and how affected by this transaction

Same usage - small piece was on other side of parking lot
+ new frontage piece attached to lot
Restrictions to be imposed upon the property involved in the release
NEW TAX ID 1417126 018
~~none~~

Describe any taxes now due and payable, judgments or other liens against property (other than the Fannie Mae mortgage)
none (pd)

Legal description of property under mortgage　14-17-126-001　Att. legal (Fannie M at doc Sept of 801)

Legal description of property to be released or transferred (Set out in terms similar to that contained in mortgage, using addenda if necessary.) Attach plat, sketch, or survey with legal description showing location of all improvements, and outline the boundaries of the parcel to be released. Also attach drawings, blue prints and estimates, where applicable, along with a copy of the mortgage.
Survey of Piece Att (14-17-126-019) to be added to 14-17-126-004

| Total cash consideration to be received through this transaction | | |
|---|---|---|
| (State amount of deduction and purpose thereof) | $ | |
| | $ 0 | |
| | $ | |
| Total deductions | $ | |
| For application to the loan account | | $ |
| Describe any consideration to be received by mortgagor, other than cash | | $ |

Frontage Piece added to legal .072 AC
Survey Att.　Est Value - Frontage University 8.56/sf
incurred Total $39,500

Mortgagor agrees that Fannie Mae may, at its option, apply any of the proceeds from this transaction to taxes, assessments, ground rents, insurance, cost or reconditioning or restoration, or to such other items as it may deem proper, or to his or her account. Mortgagor further agrees that no rights or remedies of Fannie Mae under the mortgage are or shall be waived, limited, or in any way impaired by any action taken on the application. It being understood and agreed that all costs or expenses incurred in connection with the examination and perfection of title, credit investigation and reports, property inspections or appraisal reports, preparation and recordation of instruments, or other items incidental to the consideration of this application or consummation of the transaction will be paid by the mortgagor. It is further agreed that the mortgagor will execute all instruments or papers necessary or required by Fannie Mae in connection with this transaction and will obtain the consent or waiver of any obligor, co-makers, endorsers, guarantors, etc. to this application.

In the event of the withdrawal or rejection of this application or failure or refusal on the part of the mortgagor to execute the necessary instruments or papers upon request, nothing herein contained or action taken in conformity herewith shall be deemed to constitute a forbearance or extension or prejudice, impair or affect Fannie Mae's rights or remedies under the mortgage.

All statements made in connection herewith and contained herein are made for the purpose of inducing Fannie Mae to grant the request set forth herein and are true and complete to the best of the knowledge and belief of the undersigned mortgagor(s).

Dated at: 6608 n University　Peor.
This 20 day of Sept 19 2011

Signature of Mortgagor
Kimbrell Realty Jeth Ct LLC
By Joel Kimbrell
Signature of Co-Mortgagor

The undersigned, being obligated for the payment of the above described mortgage indebtedness, hereby consents to the execution of the foregoing application between the mortgagor above described and Fannie Mae and further consents to any action taken pursuant thereto by Fannie Mae.

Signature　　　　Date　　　　Signature　　　　Date

Signature　　　　Date　　　　Signature　　　　Date

Names of others who are obligated for the payment of the mortgage indebtedness

Page 1 of 2

This Form to be reproduced by Servicer

Fannie Mae
Form 236　July 96

Exhibit E

E
AE 29

*Sent:* Paul Segal refused to remit w/o 15,000 cash pmt.

I

## Part II (Information to be supplied by Servicer)

A. Property information (appraisal required if the value of the released property is 95,000 or more)

(1) Summary of appraised value

a. Present fair market value of (real/personal) property to be released. $ _____

b. Present fair market value of security after release. $ _____

c. If remaining property is enhanced or diminished in value by reason of this transaction, explain: _____

d. Original Loan-to-Value % _____

e. Occupancy Status _____

(2) Source

☐ Independent Appraisal (attached hereto) prepared by _____

Qualifications of Appraiser (VA, SRA, MAI, Servicer, etc.): _____

☐ Servicer's Valuation (application only to Personal Property). Based upon: ☐ Trade-in allowance     ☐ Market Value
      ☐ 10% Annual Depreciation     ☐ Appraisal

B. Status of First Mortgage as of _____, 19 _____

Principal Balance $ _____ Unpaid Advances $ _____, Unpaid Installments (No. _____), $ _____

Escrow Balance $ _____, Total Delinquency $ _____ Total Indebtedness $ _____

Date of last installment payment _____ 19 _____ (Attach last 12 months' payment history.)

C. Status of Second Mortgage as of _____ 19 _____ (If applicable)

Principal Balance $ _____ Unpaid Advances $ _____ Unpaid Installments (No. _____ ) $ _____

Escrow Balance $ _____ Total Delinquency $ _____ Total Indebtedness $ _____

Date of last installment payment _____ 19 _____ (Attach last 12 months' payment history.)

D. Servicer's Statement and Recommendation (Explain fully)

(1) From the net proceeds of this transaction a minimum of $ _____ will be applied to the unmatured principal of the mortgage.

(2)

Servicer's Name and Address:

By _____
                (Servicer's Representative)

Date _____ 19 _____

E. Attachments (to be attached by Servicer as applicable)

☐ Plat, sketch or survey (original and revised)       ☐ Copy of mortgage and assignment
☐ Current appraisal       ☐ Documents required to effect recordation of release, if necessary
☐ Blueprints, drawings and estimates       ☐ Proposed instrument
☐ Copy of Oil/Gas Lease (if applicable)       ☐ Other (specify) _____
☐ FHA, VA or MI approval letter

## Part III

FHA/VA or MI Approval (when required)

The within application, together with the recommendations and supporting file, if any, have been carefully considered. The granting of this request is approved.

By _____

Date _____ 19 _____

## Part IV

A. Fannie Mae Regional Office

☐ Approved    ☐ Disapproved    ☐ To be Resubmitted

Proceeds of this transaction in the amount of $ _____ to be applied as follows:

☐ To be applied to unpaid principal balance

☐ To be retained by mortgagor

☐ Other (explain)

Remarks:

By _____
            (Fannie Mae)

Date _____ 19 _____

30

## In The Matter Of:

*FEDERAL NATIONAL MORTGAGE ASSOC. VS KIMBRELL REALTY*

---

*CAROL KING*
*July 10, 2014*

---

*ADVANTAGE REPORTING SERVICE*
*110 S.W. JEFFERSON AVE., SUITE 430*
*PEORIA, IL    61602*
*PHONE: 309-673-1881   FAX: 309-673-0341*
*reportingservice@att.net*

Exhibit F

Original File 7-10-14_KING_JILL.txt
Min-U-Script® with Word Index

31

1    King Number 3, Tab 2, if you turn to Exhibit E, or

2    what's marked in your binder as Exhibit E that's

3    Bates Number 188.

4         A.    Okay.

5         Q.    That is actually not Exhibit E to the

6    complaint, it doesn't say Exhibit E on the bottom.

7    It is a redacted version of the guarantee, you can

8    see that on -- or some guarantee.  You can see that

9    on 19 -- on Page 192.  But we have actually Exhibit

10   E here.  This isn't the one that was attached to

11   the complaint, we just -- we mixed up documents

12   when we attached them.  We have Exhibit E here.

13   I'm not going to bother marking it because it's

14   part of the complaint on file in the case and --

15              MR. KRUMPE:  Carry on.

16              BY:  MR. BACKMAN

17        Q.    -- and you verified that so we'll

18   just leave it as is.  But I didn't want to mislead

19   you when I said that, you know, you had verified

20   the complaint.  And so we're taking my word that I

21   would attach the complaint as filed but somehow we

22   attached the wrong redacted guarantee.  And that's

23   -- that's all I'll say about that.  So I apologize

32

1    for that.  But we've explained it to Mr. Krumpe.

2                MR. KRUMPE:  It's not a problem.

3                MR. BACKMAN:  Got it.  Thank you.

4                BY:  MR. BACKMAN

5        Q.      All right.  Let's turn back to that

6    -- the assignment of mortgage, which was Tab 4.

7    Tab 4, Exhibit C, Bates Number 265, King Number 5.

8                MS. BACKMAN:  Four.

9                MR. BACKMAN:  I'm sorry.

10               BY:  MR. BACKMAN

11       Q.      King Exhibit Number 4.  Bates 265.

12       A.      Okay.

13       Q.      And if you turn to Bates 267 you'll

14   see that the signature -- that purports to be the

15   signature of Todd J. Rhodes, authorized signatory

16   for Royal Bank of Canada, bears a notary stamp of

17   July 28th, 2008.  Do you see that?

18       A.      Yes.

19       Q.      Okay.  So it would appear from that,

20   assuming the notary was being honest, that he

21   signed the assignment of mortgage prior to the

22   actual making of the loan on August 1st?

23               MR. KRUMPE:  I object to that.  If

33

1    she has any personal knowledge about that it would

2    shock me since she's already said she didn't

3    originate the loan.

4                    MR. BACKMAN:   Okay.   That's --

5                    MR. KRUMPE:   I think if you asked her

6    if she was sitting there when he signed it she

7    would say no.

8                    MR. BACKMAN:   Okay.

9                    BY:   MR. BACKMAN

10       Q.        So you don't know when or either

11   whether Mr. Rhodes actually signed this?

12       A.        I have no idea.

13       Q.        Okay.

14       A.        You'd need to ask Mr. Rhodes.

15       Q.        Okay.   And the same would apply to

16   that allonge we looked at, you don't know when he

17   signed it or even if he signed it because you

18   weren't there when he signed it?

19       A.        That's correct.

20       Q.        Okay.   Now, just going back to -- and

21   we're nearly done and I appreciate the time you've

22   given us today.   But going back, just to clarify a

23   line of questioning I was asking before about your

34

1    relationship with Wells Fargo and your role with

2    this loan.  Who handled the loan at Fannie Mae

3    before you took it over in 2011?

4          A.       When a loan is in default it comes to

5    the special asset management department.  If a loan

6    is not in default it's just in the general

7    population, you know.  This loan has been in and

8    out of special asset management at Fannie Mae, this

9    is the third time.

10         Q.       Okay.  And -- okay.  So you got it in

11   2011 when it was in default?

12         A.       For the third time.

13         Q.       For the third time, okay.

14         A.       Yes.

15         Q.       Do you know who handled it before it

16   came to you?

17         A.       Yes.

18         Q.       And just to be clear, when you say it

19   comes to your division when it's in default, did it

20   come to you all three times that it was in default?

21         A.       No.  There were two assets managers

22   that handled the previous defaults.

23         Q.       Okay.  Who were they?

35

1      A.      One was Patty McGuire and the other

2  is Mark McCarthy.

3      Q.      Okay.  And then do you know who

4  handled it -- was there anybody in particular who

5  would be responsible for it when it's not in

6  default or would you leave that to the servicer?

7      A.      It goes -- it's to the servicer.

8  Nobody -- if the loan is performing nobody handles

9  it at Fannie Mae.

10      Q.      Okay.  Understood.  The two people

11  you just referenced as handling it when it was in

12  default, are they still at Fannie Mae?

13      A.      Patty McGuire is still at Fannie Mae.

14  Mark McCarthy no longer works here.

15      Q.      Okay.  Thank you.  I'm going to turn

16  your attention to Tab 19, Bates 445.  The last

17  document in the binder.

18      A.      Okay.

19      Q.      And it's King -- we're marking it as

20  King Number 11, Exhibit King Number 11.  Okay.  And

21  I just want to ask you if you've -- well, it

22  purports to be a letter from Center Line to Ms.

23  Kimbrell.  So I'm just going to ask you, have you

36.

1    seen this letter?

2         A.        Not until you provided me this

3    binder.

4         Q.        Okay.  So then you wouldn't have any

5    knowledge as to why Center Line copied Royal Bank

6    of Canada, or appears to have copied Royal Bank of

7    Canada as opposed to Fannie Mae in responding?

8         A.        I have no idea.

9         Q.        Okay.  Let's just look for a minute

10   at Ms. Revelle's affidavit, which is Tab 5.

11                  MS. BACKMAN:    272.

12                  BY:  MR. BACKMAN

13        Q.        Bates Number 272.

14        A.        Okay.

15        Q.        And we're identifying it as Exhibit

16   King Number 12, okay.  Have -- take a look at it.

17   Have you seen this affidavit before, did you read

18   it?

19        A.        Yes, I've glanced through it.

20        Q.        Okay.  Just turning to Bates 274 to

21   275, Page 3 to 4 of the affidavit, there's a

22   calculation of amounts due.  Did you -- did you

23   discuss those numbers with Ms. Revelle?

37

1          A.        In what way?  Can you -- I mean,...

2          Q.        Well, did you discuss how she came up

3     with the numbers?

4          A.        No.

5          Q.        Okay.  In particular, let me ask if

6     the entry five lines -- five entries down, the one

7     associated with 101,204.55, it's called receiver

8     funding.  Do you know what that -- what Ms. Revelle

9     was referring to with receiver funding -- with the

10    reference to receiver funding?

11         A.        Yes.  I need to clarify.  Some of

12    these amounts are from Fannie Mae which are given

13    to the servicer.

14         Q.        Okay.

15         A.        They weren't discussed verbally but

16    would have been in an e-mail.  But yes, I know what

17    the receiver fundings are.

18         Q.        Okay.  And what is that?

19         A.        Those are funds that Fannie Mae has

20    advanced to the receiver.

21         Q.        Okay.  And that -- just for the sake

22    of clarification, that being the receiver in this

23    case that's been appointed by the court in this

1    case to take possession of at least a portion of

2    the property that's being foreclosed, correct?

3         A.      Yes.   It's the court appointed

4    receiver.

5         Q.      Okay.  How does it work with that in

6    terms of funding the receiver?  Do they make a

7    request to you or, you know, how do you -- what's

8    the process for receiver funding?

9         A.      They make a request to Fannie Mae.

10        Q.      Do you exercise any judgment in what

11   you give them or do you just give them what they

12   ask for?

13        A.      No.  I review the request.

14        Q.      Okay.  Were there any occasions where

15   they asked for funds that you said no to?

16        A.      Not to date.

17        Q.      All right.  I kind of do things

18   backwards from the way many attorneys do

19   depositions.  I do the documents and some of the,

20   let's say, harder questions -- though there weren't

21   a lot of hard ones here -- but harder questions

22   first and then just go back and cover some sort of

23   the basic questions so this should go pretty

# XFINITY Connect

## Re: jeth ct

**From** : Carol King <carol_king@fanniemae.com>

Thu, Feb 09, 2012 05:18 AM

**Subject** : Re: jeth ct

**To** : 'jody513@comcast.net' <jody513@comcast.net>

All statements are stopped when a loan goes into default and a loan has been accelerated. Sorry but if we do the mod Wells Fargo will still be the servicer of your loan. I need approval to do a mod as previously explained to you. It has to go through the underwriting process.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Thursday, February 09, 2012 12:13 AM
**To:** King, Carol
**Subject:** Re: jeth ct

tell them to start sending statements not rec'd any since november. and I will send them the 3 month check-up docs think you can find a different service bank  really hate wells fargo
is fannie still going to do the 5 plex parking lot modification loan?
jody

**From:** "Carol King" <carol_king@fanniemae.com>
**To:** "jody513@comcast.net" <jody513@comcast.net>
**Sent:** Wednesday, February 8, 2012 11:07:47 PM
**Subject:** Re: jeth ct

The same place you have always made your payments. I will get reinstatement numbers in the morning.

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Wednesday, February 08, 2012 11:35 PM
**To:** King, Carol
**Subject:** Re: jeth ct

you did not answer  who do I send them too?

**From:** "Carol King" <carol_king@fanniemae.com>
**To:** "jody513@comcast.net" <jody513@comcast.net>
**Sent:** Wednesday, February 8, 2012 6:53:52 PM
**Subject:** Re: jeth ct

Fannie Mae will not waive the prepayment premiums

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Wednesday, February 08, 2012 07:47 PM
**To:** King, Carol
**Subject:** Re: jeth ct

I have the payments so who do I send them too  wells fargo won't answer  and what letter I rec'd the one letter but it wanted me to

*Exhibit G*

40

correct the building on the lot and I can not do that   so where do you want the payments sent.  I have a bank that will refinance entire loan but the prepayment needs to be removed so can you ntake that off and I can just move the loan else where.
jody kimbrell

From: "Carol King" <carol_king@fanniemae.com>
To: "jody513@comcast.net" <jody513@comcast.net>
Cc: "jeffrey.krumpe@mhtlaw.com" <jeffrey.krumpe@mhtlaw.com>, "John D Nicholson" <john_d_nicholson@fanniemae.com>
Sent: Wednesday, February 8, 2012 4:43:46 PM
Subject: Re: jeth ct

As you are aware, Jeff Krumpe's firm was retained to represent Fannie Mae in this matter. You executed a prenegotiation letter which states Fannie Mae will proceed with a dual track approach. You also agreed to remit cash flow in this letter which has not been done. Furthermore, your loan is 90 days past due and the demand letter states that if you did not bring your loan current, the entire indebtedness was to be accelerated. This has been done. With that said, it doesn't mean that we can't look @ other alternatives to modify your loan. Lastly, does Speer Bank hold 2 liens on the 5-plex building?

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete them and contact the sender.

From: jody513@comcast.net [mailto:jody513@comcast.net]
Sent: Wednesday, February 08, 2012 05:25 PM
To: King, Carol
Subject: Re: jeth ct

thank you  now can you find out who jeff krumpe is working for  as fannie mae can not modify loan and foreclose at the same time.
jody kimbrell

From: "Carol King" <carol_king@fanniemae.com>
To: "jody513@comcast.net" <jody513@comcast.net>
Sent: Monday, February 6, 2012 4:14:35 PM
Subject: RE: jeth ct

Upon closing and payment of the 3rd party reports, you will be provided with a copy.

Carol S. King
Sr. Asset Manager
FannieMae – Multifamily Loss Mitigation
14221 Dallas Parkway, Suite 1000
Dallas, Texas  75254-2916
972.773.7815 - direct
240.699.2270- facsimile
214.642.3191 - cell
carol_king@fanniemae.com
The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

From: jody513@comcast.net [mailto:jody513@comcast.net]
Sent: Monday, February 06, 2012 4:07 PM
To: King, Carol
Subject: Re: jeth ct

ordered the pay-off.  what about the funds I wanted?  and the expenses  will include the parking lot  if we can add all to loan  est about additional $180K  making  amount about $890,000  with collateral at $1,250,000 73% LTV
jody
ps want copy of appraisal & eng report

From: "Carol King" <carol_king@fanniemae.com>
To: "jody513@comcast.net" <jody513@comcast.net>
Sent: Monday, February 6, 2012 3:43:29 PM
Subject: RE: jeth ct

Please have Speer Bank prepare a payoff and send on their letterhead.  Thank you.

QUIT-CLAIM DEED -

This Document Prepared By
THE LEITER GROUP
309-A Main Street
Peoria, Illinois 61602

Send Tax Bill & Return to:
Jody D. Kimbrell
6608 N. University
Peoria, IL 61614

LR 2010019647          8/12/2010 02:47 PM

Recorded in

Peoria County Recorder of Deeds, ILLINOIS
Teste:

*Nancy K Horton*

Recorder of Deeds

Date: **AUG 12 2010**                                                                              39
Peoria County Recorder
Rental Housing Support
Program Fund Surcharge: $10.00          **QUIT-CLAIM DEED**

The Grantor, **Kimbrell Realty/Jeth Court LLC**, of the City of Peoria, County of Peoria and State of Illinois, for and in consideration of the sum of ONE DOLLAR ($1.00) and other good and valuable consideration, CONVEYS and QUIT-CLAIMS to the **Jody D. Kimbrell, Michael D. Kimbrell and Anna F. Isaacs**, as Joint Tenants, all of Grantors' right, title and interest of whatsoever kind in and to the following described real estate:

A part of the Northwest Quarter of Section 17, Township 9 North, Range 8 East of the Fourth Principal Meridian, more particularly described as follows:

Commencing at the Southeast corner of Joanne Hills, Section 2, a subdivision of a part of the Southwest Quarter of Section 8, Township 9 North, Range 8 East of the Fourth Principal Meridian, the Plat of which is recorded in Plat Book Y, Pages 28 and 29 in the Peoria County Recorder's Office; thence North 87 degrees 38 minutes 46 seconds West, (bearing assumed for the purpose of description only), along the South line of Joanne Hills, Section 2, 319.66 feet; thence South 02 degrees 21 minutes 14 seconds West, 115.00 feet to the Point of Beginning of the tract to be described; from the Point of Beginning, thence South 02 degrees 21 minutes 14 seconds West, 43.14 feet; thence South 41 degrees 46 minutes 38 seconds West, 55.25 feet; thence South 51 degrees 35 minutes 21 seconds West, 84.24 feet to the Northeasterly right of way line of University Street; thence North 33 degrees 06 seconds 51 minutes West, along said Northeasterly right of way line, 133.43 feet; thence North 15 degrees 24 minutes 18 seconds West, along said Northeasterly right of way line, 33.77 feet; thence South 87 degrees 38 minutes 46 seconds East, 186.61 feet to the Point of Beginning, said tract containing 0.375 acre, more or less; situated in the County of Peoria, in the State of Illinois.

Tax I.D. No. 14-17-126-018    019    Parcels A + B

Grantor hereby releases and waives all rights with respect to the real estate including, but not limited to, those existing by virtue of the Homestead Exemption Laws of the State of Illinois.

Exhibit H                                                                              H

42

EXEMPT 35 ILCS 200/31-45 (b)

Dated this 12th day of _August_, 2010.

By: _Jody D. Kimbrell_
Jody D. Kimbrell, as President of
Kimbrell Realty/Jeth Court, LLC

STATE OF ILLINOIS )
) SS
COUNTY OF PEORIA )

I, the undersigned, a Notary Public, in and for said County and State aforesaid, DO HEREBY
CERTIFY that Jody D. Kimbrell, as President of Kimbrell Realty/Jeth Court, LLC personally known
to me to be the same person whose name is subscribed to the foregoing instrument, appeared before
me this day in person and acknowledged that she signed, sealed and delivered said instrument as her
free and voluntary act pursuant to authority granted to them by Grantor, for the uses and purposes
therein set forth, including the release and waiver of the right of homestead.

Dated this 12th day of _August_, 2010.

_Cynthia A. Weeden_
Notary Public

"OFFICIAL SEAL"
CYNTHIA A. WEEDEN
Notary Public, State of Illinois
My Commission Expires 10-27-2011

43

# RE: jeth ct property no road frontage

**From :** FHFAInfo <FHFAInfo@fhfa.gov>

Wed, Sep 14, 2011 09:09 PM

**Subject :** RE: jeth ct property no road frontage
    **To :** jody513@comcast.net
    **Cc :** FHFAInfo <FHFAInfo@fhfa.gov>

Jody,

FHFA received your phone call and has received your 3 emails. We will review and get back to you shortly.

Christine Eldarrat, Executive Advisor
Office of Congressional Affairs and Communication – Consumer Communication

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Wednesday, September 14, 2011 4:20 PM
**To:** FHFAInfo
**Subject:** Fwd: jeth ct property no road frontage

here is the latest smart person at Wells Fargo.
Jody Kimbrell
please confirm you rec'd my emails   309 691-6100

**From:** jody513@comcast.net
**To:** "James R Hendricks" <James.R.Hendricks@wellsfargo.com>
**Sent:** Wednesday, September 14, 2011 3:15:44 PM
**Subject:** Re: jeth ct property  no road frontage

not paying. I sent everything he wanted   frontage lots will be mortgaged with another bank and fannie mae stays landlocked. and they wonder why large banks go belly up   idiots at the helm
jody kimbrell

**From:** "James R Hendricks" <James.R.Hendricks@wellsfargo.com>
**To:** jody513@comcast.net
**Cc:** "Paul Segal" <Paul.Segal@wellsfargo.com>
**Sent:** Wednesday, September 14, 2011 2:25:13 PM
**Subject:** RE: jeth ct property  no road frontage

Hello –

My understanding is that Mr. Segal has provided you with the requirements (fee schedule and documents) to move this request forward.
While you may not need to hire an attorney, we will.  As will Fannie Mae.
As you are likely aware, real property transfers and title insurance are subject to state and local law.
So, we hire local counsel to ensure compliance.

Thank you.

Jim Hendricks

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Tuesday, September 13, 2011 9:14 PM
**To:** Hendricks, James R.
**Subject:** Fwd: jeth ct property no road frontage

*Exhibit I*

since segal is off I am sending you what will be done since wells fargo does not care fannie mae does not have any road frontage  I offered to trade lots which the frontage lot is worth over $100K   I gave him the new survey and wrote what the trade entails.  I am not hiring an attorney  I will send everything including wells fargo emails and demands to the fannie mae CEO and also to  John Stossel at FOX news  will let them see how so called service companies treat fannie mae and her customers.  I will tell you the last bank that treated me like this no longer exists  failed and is no longer in business  National City Bank  sued dismantled and now gone.     Bank of America   failing fast  Bankers  The Only Profession That Drove Jesus to Violence     and they have learned nothing to this day  read my book wells fargo is in it.
jody kimbrell

**From:** jody513@comcast.net
**To:** "Paul Segal" <Paul.Segal@wellsfargo.com>
**Sent:** Tuesday, September 13, 2011 7:44:44 PM
**Subject:** jeth ct property  no road frontage

I have went to my other bank and they are going to do a 2nd  and hold the frontage lots as extra collateral   I sent you all the information including the new survey  the fact fannie mae will not have frontage in now your fault  I tried to correct but you refused to help fannie mae not much of a service company  I will be sending your emails and money demands  to congressman Aaron Schock   I think congress needs to know how banks rape fannie mae and her clients.  I have also sent copy of the 20% prepayment penalty  which is the biggest bunch of BS and is predatory lending practice    I agreed to 1% per year  not this mafia chicago crooks BS I was sent  collecting all the interest is not legal.
I will be closing in about a week so the time grows short if you keep fannie mae landlocked or trade parcels with me   will be doing a quit claim deed of the small lot from kimbrell realty to me then it will have a 2nd placed on just it  with first on the frontage lots.
jody kimbrell

Confidentiality Notice: The information contained in this e-mail and any attachments may be confidential or privileged under applicable law, or otherwise may be protected from disclosure to anyone other than the intended recipient(s). Any use, distribution, or copying of this e-mail, including any of its contents or attachments by any person other than the intended recipient, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this e-mail in error: permanently delete the e-mail and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this e-mail or its attachments. Please call 202-414-8920 if you have questions.

45

# RE: jeth ct property no road frontage [Jody Kimbrell, FNM Multifamily Loan]

**From :** FHFAInfo <FHFAInfo@fhfa.gov>                                           Thu, Sep 22, 2011 01:49 PM

**Subject :** RE: jeth ct property no road frontage [Jody Kimbrell, FNM Multifamily Loan]

   **To :** jody513@comcast.net

   **Cc :** FHFAInfo <FHFAInfo@fhfa.gov>

Ms. Kimbrell,

Fannie Mae has communicated with Wells Fargo, the servicer of your multifamily loan. Fannie Mae's (or our) understanding is that you are seeking a partial parcel release and substitution of the collateral for the loan. In addition, you stated you believe the partial release and substitution are needed because Fannie Mae's collateral is "land locked" with no access to a public road. Also, you stated you believe the substitution is required to correct an alleged mistake made by the original lender, RBC.

David Kaplan, a Senior Asset Manager for Wells Fargo (the loan servicer) provided you (via a September 9 e-mail) with a brief outline of the partial release/substitution process, the documentation required, the estimated processing costs, and anticipated time to complete such a transaction. As of yesterday, Fannie Mae understands you have not provided the information, documentation or fees required to move forward.

Fannie Mae has been advised that Wells Fargo will shortly send a letter to you to formally address your questions and concerns. In addition, if you are requesting consideration of a partial release and substitution of collateral, you will need to provide Wells Fargo with the required information, documents and fees, in accordance with Fannie Mae's Multifamily *Selling and Servicing Guide*.

Christine Eldarrat, Executive Advisor
FHFA Office of Congressional Affairs and Communications - Consumer Communications

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Monday, September 19, 2011 12:16 PM
**To:** FHFAInfo
**Subject:** Re: jeth ct property no road frontage [Jody Kimbrell, Multifamily Loan]

so exactly what is it you do?   fannie mae is my mortgage holder  I think   wells fargo services it for them  I think
I ahve offered to correct Royal Bank of Canada error (bank that is listed on my mortgage papers but claim they do not do mortgages in the states)   so I guess they were just a schill bank to get our mortgage so it could be sold to fannie mae.  their loan officer (or someones) told us terms then someone changed  them on the mortgage docs   so what is it you do if you do not oversee fannie mae  who is suppose to be our mortgage holder?
Jody Kimbrell

**From:** "FHFAInfo" <FHFAInfo@fhfa.gov>
**To:** jody513@comcast.net
**Cc:** "FHFAInfo" <FHFAInfo@fhfa.gov>
**Sent:** Friday, September 16, 2011 1:38:32 PM
**Subject:** RE: jeth ct property  no road frontage [Jody Kimbrell, Multifamily Loan]

The Office of the Comptroller of the Currency (the OCC) is the regulator of Wells, and can be contacted at at OCC Customer Assistance Group I(800) 613-6743, and/or visit its site at http://www.occ.treas.gov/topics/dispute-resolution/consumer-complaints/index-consumer-complaints.html

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Friday, September 16, 2011 2:03 PM
**To:** FHFAInfo

46

**Subject:** Re: jeth ct property no road frontage [Jody Kimbrell, Multifamily Loan]

wells fargo is not my bank either  mortgage is with fannie mae
just read your audit  interesting
who does have regulatory authority over wells fargo?   pretty sure discrimination is still illegal and I am really tired of having to put up with it.
jody kimbrell

**From:** "FHFAInfo" <FHFAInfo@fhfa.gov>
**To:** jody513@comcast.net
**Cc:** "FHFAInfo" <FHFAInfo@fhfa.gov>
**Sent:** Friday, September 16, 2011 12:49:58 PM
**Subject:** RE: jeth ct property  no road frontage [Jody Kimbrell, Multifamily Loan]

Thank you for contacting the Federal Housing Finance Agency, the regulator and conservator for Fannie Mae and Freddie Mac, and regulator for the Federal Home Loan Banks. Please be advised that FHFA has no regulatory authority over Wells Fargo.

We are forwarding your information to Fannie Mae personnel for a more detailed review. As a result, they will contact you to discuss your concerns and to obtain additional information as needed. They will advise us of their communication with you and the resolution of your concern.

Christine Eldarrat, Executive Advisor
FHFA Office of Congressional Affairs and Communications - Consumer Communications

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Friday, September 16, 2011 12:44 PM
**To:** FHFAInfo
**Subject:** Re: jeth ct property no road frontage

Hello Christine
can not get anyone to answer at wells fargo  I wanted them to send you the mortgage docs and the deeds which show none of the frontage lots were transferred or are mortgaged. I have a contractor waiting to do the parking lot but I have to have funds  in hand before I will let him do the work.
I am sorry that wells fargo rep does not think a woman can run a real estate brokerage or rental complex but I have been doing it for 14 + years   If I treated my customers like paul segal treats me I would prosecuted for discrimination in a heat beat. He has been a total jerk every since I got this loan.   I am sure he would like to steal my complex  as with the new 5 plex ($825,000. appraisal) Jeth Ct  is worth over $4 million +    a juicy morsel for corrupt bankers (trust me I have been an almost victim of bank fraud so I know it when I see it)
I can wait a few more days but I really want to get the parking lot done before winter
Jody Kimbrell

**From:** "FHFAInfo" <FHFAInfo@fhfa.gov>
**To:** jody513@comcast.net
**Cc:** "FHFAInfo" <FHFAInfo@fhfa.gov>
**Sent:** Wednesday, September 14, 2011 4:09:10 PM
**Subject:** RE: jeth ct property  no road frontage

Jody,

FHFA received your phone call and has received your 3 emails. We will review and get back to you shortly.

Christine Eldarrat, Executive Advisor
Office of Congressional Affairs and Communication – Consumer Communication

**From:** jody513@comcast.net [mailto:jody513@comcast.net]
**Sent:** Wednesday, September 14, 2011 4:20 PM
**To:** FHFAInfo
**Subject:** Fwd: jeth ct property no road frontage

here is the latest smart person at Wells Fargo
Jody Kimbrell
please confirm you rec'd my emails  309 691-6100

**From:** jody513@comcast.net

**To:** "James R Hendricks" <James.R.Hendricks@wellsfargo.com>
**Sent:** Wednesday, September 14, 2011 3:15:44 PM
**Subject:** Re: jeth ct property  no road frontage

not paying. I sent everything he wanted  frontage lots will be mortgaged with another bank and fannie mae stays landlocked. and they wonder why large banks go belly up   idiots at the helm
jody kimbrell

---

**From:** "James R Hendricks" <James.R.Hendricks@wellsfargo.com>
**To:** Jody513@comcast.net
**Cc:** "Paul Segal" <Paul.Segal@wellsfargo.com>
**Sent:** Wednesday, September 14, 2011 2:25:13 PM
**Subject:** RE: jeth ct property  no road frontage

Hello –

My understanding is that Mr. Segal has provided you with the requirements (fee schedule and documents) to move this request forward.
While you may not need to hire an attorney, we will.  As will Fannie Mae.
As you are likely aware, real property transfers and title insurance are subject to state and local law.
So, we hire local counsel to ensure compliance.

Thank you,

Jim Hendricks

---

**From:** Jody513@comcast.net [mailto:Jody513@comcast.net]
**Sent:** Tuesday, September 13, 2011 9:14 PM
**To:** Hendricks, James R.
**Subject:** Fwd: jeth ct property  no road frontage

since segal is off I am sending you what will be done since wells fargo does not care fannie mae does not have any road frontage  I offered to trade lots which the frontage lot is worth over $100K  I gave him the new survey and wrote what the trade entails. I am not hiring an attorney  I will send everything including wells fargo emails and demands to the fannie mae CEO and also to  John Stossel at FOX news  will let them see how so called service companies treat fannie mae and her customers. I will tell you the last bank that treated me like this no longer exists  failed and is no longer in business  National City Bank  sued dismantled and now gone.    Bank of America  failing fast  Bankers The Only Profession That Drove Jesus to Violence    and they have learned nothing to this day  read my book wells fargo is in it.
jody kimbrell

---

**From:** Jody513@comcast.net
**To:** "Paul Segal" <Paul.Segal@wellsfargo.com>
**Sent:** Tuesday, September 13, 2011 7:44:44 PM
**Subject:** jeth ct property  no road frontage

I have went to my other bank and they are going to do a 2nd  and hold the frontage lots as extra collateral   I sent you all the information including the new survey  the fact fannie mae will not have frontage in now your fault  I tried to correct but you refused to help fannie mae  not much of a service company  I will be sending your emails and money demands  to congressman Aaron Schock  I think congress needs to know how banks rape fannie mae and her clients. I have also sent copy of the 20% prepayment penalty  which is the biggest bunch of BS and is predatory lending practice   I agreed to 1% per year  not this mafia chicago crooks BS I was sent  collecting all the interest is not legal.
I will be closing in about a week so the time grows short if you keep fannie mae landlocked or trade parcels with me    will be doing a quit claim deed of the small lot from kimbrell realty to me then it will have a 2nd placed on just it  with first on the frontage lots.
jody kimbrell

Confidentiality Notice: The information contained in this e-mail and any
attachments may be confidential or privileged under applicable law, or otherwise
may be protected from disclosure to anyone other than the intended recipient(s).
Any use, distribution, or copying of this e-mail, including any of its contents
or attachments by any person other than the intended recipient, or for any
purpose other than its intended use, is strictly prohibited. If you believe you
have received this e-mail in error: permanently delete the e-mail and any
attachments, and do not save, copy, disclose, or rely on any part of the
information contained in this e-mail or its attachments. Please call
202-414-8920 if you have questions.

Confidentiality Notice: The information contained in this e-mail and any

This instrument was prepared
under the supervision of:
Robert G. Higgins, Esq.
Higgins Law Office
200 West Adams Street, Suite 2220
Chicago, Illinois 60606

After recording return to:
Jeth Court Homes LLC
2025 W. Geneva Road
Peoria, IL 61615
Attn: Amee Ye

Send subsequent tax bills to:
Jeth Court Homes LLC
2025 W. Geneva Road
Peoria, IL 61615
Attn: Amee Ye

## QUITCLAIM DEED

THIS INDENTURE WITNESSETH, that **BV SUN GROVE, LLC,** a Florida limited liability company ("Grantor"), whose address is c/o Ocwen Loan Servicing, LLC, a Delaware limited liability company, 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409, for and in consideration of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt of all of which is hereby acknowledged, has quitclaimed and does hereby quitclaim unto **JETH COURT HOMES LLC,** an Illinois limited liability company ("Grantee"), whose address is 2025 W. Geneva Road, Peoria, Illinois 61615, the following described real estate, situated and being in Peoria County, State of Illinois:

See Exhibit "A" attached hereto and made a part hereof (the "Property").

This conveyance is made subject to all liens, charges, covenants, conditions, restrictions, easements, limitations and rights-of-way of record, any liens for real estate taxes not yet due and payable, zoning or other governmental restrictions, and rights of existing tenants in possession and other matters which would be identified as exceptions to coverage in a standard ALTA owner's title insurance policy issued for the property, including, without limitation all such matters which would be shown or disclosed on a current, as-built survey of the Property. The property is conveyed "as is" in its present condition.

THIS CONVEYANCE is further made subject to Grantee's acknowledgment and agreement upon acceptance of this Deed that Grantee is solely responsible for determining the suitability of the Property for its purposes and that Grantee is not relying on any representation or the silence of Grantor with respect to the purchase. Grantee has relied solely on its investigation and analysis of the Property for all purposes. GRANTEE ACKNOWLEDGES AND AGREES THAT ALL WARRANTIES, EXPRESS OR IMPLIED, ARE WAIVED AND DISCLAIMED AND GRANTEE BUYS AND ACCEPTS THE PROPERTY AS IS, WHERE IS, AND WITH ALL FAULTS. GRANTEE ACKNOWLEDGES AND AGREES THAT GRANTOR HAS NOT MADE, DOES NOT MAKE AND SPECIFICALLY NEGATES AND DISCLAIMS ANY

J

**EXHIBIT**

49

REPRESENTATIONS, WARRANTIES, PROMISES, COVENANTS, AGREEMENTS OR GUARANTIES OF ANY KIND OR CHARACTER WHATSOEVER, WHETHER EXPRESS OR IMPLIED, ORAL OR WRITTEN, PAST, PRESENT OR FUTURE, OF, AS TO, CONCERNING OR WITH RESPECT TO (I) THE VALUE OF THE PROPERTY; (II) THE INCOME TO BE DERIVED FROM THE PROPERTY; (III) THE SUITABILITY OF THE PROPERTY FOR ANY AND ALL ACTIVITIES AND USES WHICH GRANTEE MAY CONDUCT THEREON, INCLUDING THE POSSIBILITIES FOR FUTURE DEVELOPMENT OF THE PROPERTY; (IV) THE HABITABILITY, MERCHANTABILITY, MARKETABILITY, PROFITABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE PROPERTY; (V) THE MANNER, QUALITY, STATE OF REPAIR OR LACK OF REPAIR OF THE PROPERTY; (VI) THE NATURE, QUALITY OR CONDITION OF THE PROPERTY, INCLUDING, WITHOUT LIMITATION, THE WATER, SOIL, GEOLOGY AND ENVIRONMENTAL CONDITION; (VII) THE COMPLIANCE OF OR BY THE PROPERTY OR ITS OPERATION WITH ANY LAWS, RULES, ORDINANCES OR REGULATIONS OF ANY APPLICABLE GOVERNMENTAL AUTHORITY OR BODY, INCLUDING BUT NOT LIMITED TO, TITLE III OF THE AMERICANS WITH DISABILITIES ACT OF 1990; (VIII) THE MANNER OR QUALITY OF THE CONSTRUCTION OR MATERIALS, IF ANY, INCORPORATED INTO THE PROPERTY; (IX) COMPLIANCE WITH ANY ENVIRONMENTAL PROTECTION, POLLUTION OR LAND USE LAWS, RULES, REGULATION, ORDERS OR REQUIREMENTS, INCLUDING BUT NOT LIMITED TO, THE FEDERAL WATER POLLUTION CONTROL ACT, THE FEDERAL RESOURCE CONSERVATION AND RECOVERY ACT, THE U.S. ENVIRONMENTAL PROTECTION AGENCY REGULATIONS AT 40 C.F.R., PART 261, THE COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION AND LIABILITY ACT OF 1980, AS AMENDED, THE RESOURCE CONSERVATION AND RECOVERY ACT OF 1976, THE CLEAN WATER ACT, THE SAFE DRINKING WATER ACT, THE HAZARDOUS MATERIALS TRANSPORTATION ACT, THE TOXIC SUBSTANCE CONTROL ACT, AND REGULATIONS PROMULGATED UNDER ANY OF THE FOREGOING; (X) THE PRESENCE OR ABSENCE OF HAZARDOUS SUBSTANCES, MATERIALS OR WASTES, POLLUTANTS OR CONTAMINANTS, MOLD, OR OTHER CONDITIONS AFFECTING HEALTH AT, ON, UNDER, OR ADJACENT TO THE PROPERTY; (XI) THE CONTENT, COMPLETENESS OR ACCURACY OF THE DUE DILIGENCE ITEMS OR TITLE COMMITMENT; (XII) THE CONFORMITY OF THE IMPROVEMENTS TO ANY PLANS OR SPECIFICATIONS FOR THE PROPERTY, INCLUDING ANY PLANS AND SPECIFICATIONS THAT MAY HAVE BEEN OR MAY BE PROVIDED TO GRANTEE; (XIII) THE CONFORMITY OF THE PROPERTY TO PAST, CURRENT OR FUTURE APPLICABLE ZONING OR BUILDING REQUIREMENTS; (XIV) DEFICIENCY OF ANY UNDERSHORING; (XV) DEFICIENCY OF ANY DRAINAGE; (XVI) THE EXISTENCE OF VESTED LAND USE, ZONING OR BUILDING ENTITLEMENTS AFFECTING THE PROPERTY; (XVII) THE FACT THAT ALL OR A PORTION OF THE PROPERTY MAY BE LOCATED ON OR NEAR AN EARTHQUAKE FAULT LINE; FLOOD ZONE OR OTHER NATURAL HAZARD; (XVIII) THE EXISTENCE OF ANY VIEW FROM THE PROPERTY OR THAT ANY EXISTING VIEW WILL NOT BE OBSTRUCTED IN THE FUTURE; (XIX) SERVICE OF THE PROPERTY BY WATER, POWER AND/OR ANY OTHER UTILITY; OR (XX) WITH RESPECT TO ANY OTHER MATTER.

Ad valorem taxes for the year of this Deed have been prorated; accordingly, by its acceptance of this Deed, Grantee assumes responsibility to pay all ad valorem taxes on the Property for such year and all subsequent years.

Grantee's Mailing Address: Jeth Court Homes, LLC, an Illinois limited liability company, 2025 W. Geneva Road, Peoria, IL 61615

Common Street Addresses: 1300, 1301, 1308, 1317 and 1347 Jeth Court, Peoria, IL 61614 and 6608 N. University Street, Peoria, IL 61614

Permanent Real Estate Index Numbers: 14-17-126-001 (now 14-17-126-018, 14-17-126-020), 14-17-126-003, 14-17-126-006, 14-17-126-011, 14-17-126-010, and 14-17-126-012

[SIGNATURE ON FOLLOWING PAGE]

22004477.2

51

EXECUTED this ___28___ day of __June__ , 2016.

<div style="margin-left: 40%;">

"GRANTOR":

BV SUN GROVE, LLC,
a Florida limited liability company

By: _Steven M. Bush_

Name: _Steven M. Bush_

Title: _Vice President_

</div>

STATE OF __Texas__ )
                        )ss.
COUNTY OF __Dallas__ )

    I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that _Steven M Bush_ , personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act as ___VP___ of BV SUN GROVE, LLC, a Florida limited liability company, for the uses and purposes therein set forth.

    Given under my hand and official seal, this _28_ day of __June__ , 2016.

<div style="margin-left: 40%;">

_Linda S Henderson_
Notary Public

</div>

Commission expires ___4-19-20___

<div style="margin-left: 50%;">

[NOTARY SEAL]

</div>

LINDA S. HENDERSON
My Notary ID # 1511536
Expires April 19, 2020

52

Exhibit "A"

## LEGAL DESCRIPTION

Real property situated in Peoria County, Illinois as more particularly described below:

TRACT 1:

PARCEL A:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 17; THENCE WEST 0 MINUTES 00 SECONDS ALONG THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 319.66 FEET TO THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED; THENCE SOUTH 0 DEGREE 0 MINUTES, A DISTANCE OF 158.14 FEET; THENCE SOUTH 39 DEGREES 25 MINUTES 24 SECONDS WEST, A DISTANCE OF 55.25 FEET TO THE NORTHEASTERLY R.O.W. LINE OF STATE AID ROUTE #52 (NORTH UNIVERSITY AVENUE); THENCE IN A NORTHWESTERLY DIRECTION ALONG THE NORTHEASTERLY R.O.W. LINE OF STATE AID ROUTE #52 ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 1,066.28 FEET FOR AN ARC DISTANCE 276.10 FEET TO THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17; THENCE EAST 0 DEGREES 0 MINUTES ALONG THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 223.44 FEET TO THE POINT OF BEGINNING, SITUATED IN PEORIA COUNTY, ILLINOIS, EXCEPTING THEREFROM ANY PART FALLING WITHIN JOANNE HILLS SECTION 2.

PARCEL B:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, PEORIA COUNTY, ILLINOIS, MORE PARTICULARLY DESCRIBED OF FOLLOWS AND BEARINGS ARE DESCRIPTIVE PURPOSES ONLY:

COMMENCING AT AN IRON PIPE AT THE NORTHEAST CORNER OF SAID NORTHWEST QUARTER OF SECTION 17; THENCE ALONG THE SOUTH LINE OF JOANNE HILLS SECTION TWO, A SUBDIVISION OF PART OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN BEARING NORTH 88 DEGREES 59 MINUTES 23 SECONDS WEST, A DISTANCE OF 543.18 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF UNIVERSITY STREET AS SHOWN ON A RESOLUTION RECORDED AS DOCUMENT NO. 82-16199, PEORIA COUNTY RECORDER OF DEEDS OFFICE AND THE POINT OF BEGINNING OF THE PARCEL TO BE DESCRIBED:

*[continues on next page]*

53

FROM THE POINT OF BEGINNING, THENCE ALONG THE FORMER EASTERLY RIGHT-OF-WAY LINE OF STATE AID ROUTE 52 AS SHOWN IN BOOK 763 ON PAGE 567, PEORIA COUNTY RECORDER OF DEEDS OFFICE, 272.99 FEET ALONG A CURVE TO THE LEFT, WHOSE RADIUS IS 1066.28 FEET AND WHOSE CHORD BEARS SOUTH 42 DEGREES 14 MINUTES 24 SECONDS EAST, A DISTANCE OF 272.24 FEET; THENCE CONTINUING ALONG SAID FORMER EASTERLY RIGHT-OF-WAY LINE BEARING SOUTH 49 DEGREES 34 MINUTES 30 SECONDS EAST, DISTANCE OF 3.11 FEET TO THE SOUTH CORNER OF TRACT 1 IN DOCUMENT NO. 97-19841, PEORIA COUNTY RECORDER OF DEEDS OFFICE; THENCE BEARING SOUTH 50 DEGREES 14 MINUTES 19 SECONDS WEST, A DISTANCE OF 84.06 FEET TO SAID EASTERLY RIGHT-OF-WAY LINE OF UNIVERSITY STREET; THENCE ALONG SAID EASTERLY RIGHT-OF-WAY LINE BEARING NORTH 34 DEGREES 29 MINUTES 11 SECONDS WEST, A DISTANCE OF 125.87 FEET; THENCE CONTINUING ALONG SAID EASTERLY RIGHT-OF-WAY LINE BEARING NORTH 17 DEGREES 51 MINUTES 36 SECONDS WEST, A DISTANCE OF 161.36 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM:

A PART OF THE NORTHWEST QUARTER OF SECTION SEVENTEEN (17), TOWNSHIP NINE (9) NORTH, RANGE EIGHT (8) EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF JOANNE HILLS, SECTION 2, A SUBDIVISION OF A PART OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, THE PLAT OF WHICH IS RECORDED IN PLAT BOOK Y, PAGES 28 AND 29 IN THE PEORIA COUNTY RECORDER'S OFFICE; THENCE NORTH 87°38'46" WEST, (BEARING ASSUMED FOR THE PURPOSE OF DESCRIPTION ONLY), ALONG THE SOUTH LINE OF JOANNE HILLS, SECTION 2, 319.66 FEET; THENCE SOUTH 02°21'14" WEST, 115.00 FEET TO THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED. FROM THE POINT OF BEGINNING, THENCE SOUTH 02°21'14" WEST, 43.14 FEET; THENCE SOUTH 41°46'38" WEST, 55.25 FEET; THENCE SOUTH 51°35'21" WEST, 84.24 FEET TO THE NORTHEASTERLY RIGHT OF WAY LINE OF UNIVERSITY STREET; THENCE NORTH 33°06'51" WEST, ALONG SAID NORTHEASTERLY RIGHT OF WAY LINE, 133.43 FEET; THENCE NORTH 15°24'18" WEST, ALONG SAID NORTHEASTERLY RIGHT OF WAY LINE 33.77 FEET; THENCE SOUTH 87°38'46" EAST, 186.81 FEET TO THE POINT OF BEGINNING, SAID TRACT CONTAINING 0.375 ACRE, MORE OR LESS.

PARCEL C:

A PART OF THE NORTHWEST QUARTER OF SECTION SEVENTEEN (17), TOWNSHIP NINE (9) NORTH, RANGE EIGHT (8) EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

*[continues on next page]*

54

COMMENCING AT THE SOUTHEAST CORNER OF JOANNE HILLS, SECTION 2, A SUBDIVISION OF A PART OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, THE PLAT OF WHICH IS RECORDED IN PLAT BOOK Y, PAGES 28 AND 29 IN THE PEORIA COUNTY RECORDER'S OFFICE; THENCE NORTH 87°38'46" WEST, (BEARING ASSUMED FOR THE PURPOSE OF DESCRIPTION ONLY), ALONG THE SOUTH LINE OF JOANNE HILLS, SECTION 2, 319.66 FEET; THENCE SOUTH 02°21'14" WEST, 115.00 FEET TO THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED. FROM THE POINT OF BEGINNING, THENCE SOUTH 02°21'14" WEST, 43.14 FEET; THENCE SOUTH 41°46'38" WEST, 55.25 FEET; THENCE SOUTH 51°35'21" WEST, 84.24 FEET TO THE NORTHEASTERLY RIGHT OF WAY LINE OF UNIVERSITY STREET; THENCE NORTH 33°06'51" WEST, ALONG SAID NORTHEASTERLY RIGHT OF WAY LINE, 133.43 FEET; THENCE NORTH 15°24'18" WEST, ALONG SAID NORTHEASTERLY RIGHT OF WAY LINE 33.77 FEET; THENCE SOUTH 87°38'46" EAST, 186.81 FEET TO THE POINT OF BEGINNING, SAID TRACT CONTAINING 0.375 ACRE, MORE OR LESS.

PIN: 14-17-126-018 AND 14-17-126-020 ✕ Appellants

FOR INFORMATIONAL PURPOSES, COMMONLY KNOWN AS:
1347 JETH COURT, PEORIA, IL 61614

TRACT 2:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 17 AS THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED; THENCE SOUTH 2 DEGREES 26 MINUTES 02 SECONDS EAST ALONG THE EAST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 90.08 FEET; THENCE WEST 0 DEGREES 0

MINUTES, A DISTANCE OF 162.49 FEET; THENCE NORTH 0 DEGREES 0 MINUTES, A DISTANCE OF 90.0 FEET TO THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17; THENCE EAST 0 DEGREES 0 MINUTES ALONG THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 158.66 FEET TO THE POINT OF BEGINNING; SITUATED IN PEORIA COUNTY, ILLINOIS, EXCEPTING THEREFROM ANY PART FALLING WITH JOANNE HILLS SECTION 2.

*[continues on next page]*

55

ALSO; AN EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF TRACT 2 AS CREATED BY THE AGREEMENT DATED JULY 28, 1972 RECORDED AUGUST 2, 1972 AS DOCUMENT NO. 72-13091 OVER AND ACROSS A TRACT OF LAND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF THE ABOVE DESCRIBED TRACT OF LAND AS THE POINT OF BEGINNING OF THE EASEMENT TO BE DESCRIBED; THENCE SOUTH 2 DEGREES 26 MINUTES 02 SECONDS EAST ALONG THE EAST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 25.02 FEET; THENCE WEST 0 DEGREES 0 MINUTES, A DISTANCE OF 228.55 FEET; THENCE IN A SOUTHWESTERLY DIRECTION ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 131.93 FEET FOR AN ARC DISTANCE OF 113.37 FEET THENCE SOUTH 49 DEGREES 14 MINUTES 13 SECONDS WEST, A DISTANCE OF 43.91 FEET TO THE NORTHEASTERLY RIGHT OF WAY LINE OF STATE AID ROUTE #52; THENCE NORTH 50 DEGREES 34 MINUTES 36 SECONDS WEST ALONG THE NORTHEASTERLY RIGHT OF WAY LINE OF STATE AID ROUTE #52, A DISTANCE OF 25.37 FEET; THENCE NORTH 49 DEGREES 14 MINUTES 13 SECONDS WEST, A DISTANCE OF 48.24 FEET; THENCE IN A NORTHEASTERLY DIRECTION ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 106.93 FEET FOR AN ARC DISTANCE OF 91.89 FEET; THENCE NORTH 0 DEGREES 0 MINUTES, A DISTANCE OF 25.0 FEET; THENCE EAST 0 DEGREES 0 MINUTES, A DISTANCE OF 252.49 FEET TO THE POINT OF BEGINNING, SITUATED IN PEORIA COUNTY, ILLINOIS.

PIN: 14-17-126-003

FOR INFORMATIONAL PURPOSES, COMMONLY KNOWN AS:
1301 JETH COURT, PEORIA, IL 61614

TRACT 3:

PARCEL A:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 17; THENCE SOUTH 2 DEGREES 26 MINUTES 02 SECONDS EAST ALONG THE EAST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 90.08 FEET TO THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED; THENCE CONTINUING SOUTH 2 DEGREES 26 MINUTES 02 SECONDS EAST ALONG THE EAST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 254.34 FEET; THENCE WEST 0 DEGREES 0 MINUTES, A DISTANCE OF 76.29 FEET; THENCE NORTH 0 DEGREES 0 MINUTES, A DISTANCE OF 254.0 FEET; THENCE EAST 0 DEGREES 0 MINUTES, A DISTANCE OF 65.49 FEET TO THE POINT OF BEGINNING, SITUATED IN PEORIA COUNTY, ILLINOIS.

PARCEL B:

AN EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF TRACT 3 AS CREATED BY THE AGREEMENT DATED JULY 28, 1972 AND FILED FOR RECORD AUGUST 2, 1972 AS DOCUMENT NO. 72-13091, OVER AND ACROSS A TRACT OF LAND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTH WEST CORNER OF THE ABOVE DESCRIBED TRACT OF LAND AS THE POINT OF BEGINNING OF THE EASEMENT TO BE DESCRIBED; THENCE SOUTH 0 DEGREES 0 MINUTES, A DISTANCE OF 25.00 FEET; THENCE WEST 0 DEGREES 0 MINUTES, A DISTANCE OF 162.0 FEET; THENCE IN A SOUTHWESTERLY DIRECTION ON A CURVE TO THE RIGHT HAVING A RADIUS OF 131.93 FEET TO AN ARC DISTANCE OF 113.37 FEET; THENCE

*[continues on next page]*

56

SOUTH 49 DEGREES 14 MINUTES 13 SECONDS WEST, A DISTANCE OF 43.91 FEET TO THE NORTHEASTERLY RIGHT OF WAY LINE OF STATE AID ROUTE NO. 52; THENCE NORTH 50 DEGREES 34 MINUTES 36 SECONDS WEST ALONG THE NORTHEASTERLY RIGHT OF WAY LINE OF STATE AID ROUTE NO. 52, A DISTANCE OF 25.37 FEET; THENCE NORTH 49 DEGREES 14 MINUTES 13 SECONDS EAST, A DISTANCE OF 48.24 FEET; THENCE IN A NORTHEASTERLY DIRECTION ON A CURVE TO THE LEFT HAVING A RADIUS OF 106.93 FEET, FOR AN ARC DISTANCE OF 91.89 FEET; THENCE NORTH 0 DEGREES 0 MINUTES, A DISTANCE OF 25.0 FEET; THENCE EAST 0 DEGREES 0 MINUTES, A DISTANCE OF 187.0 FEET TO THE POINT OF BEGINNING AS CREATED IN AN AGREEMENT RECORDED AUGUST 2, 1972, AS DOCUMENT NO. 72-13091.

PIN: 14-17-126-006

FOR INFORMATIONAL PURPOSES, COMMONLY KNOWN AS:
1300 JETH COURT, PEORIA, IL 61614

TRACT 4:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 17; THENCE WEST 0 DEGREES 0 MINUTES, ALONG THE NORTH LINE OF THE NORTHWEST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 158.66 FEET TO THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED; THENCE CONTINUING WEST 0 DEGREES 0 MINUTES ALONG THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 161.0 FEET; THENCE SOUTH 0 DEGREES 0 MINUTES, A DISTANCE OF 90.0 FEET; THENCE EAST 0 DEGREES 0 MINUTES; A DISTANCE OF 161.0 FEET; THENCE NORTH 0 DEGREES 0 MINUTES, A DISTANCE OF 90.0 FEET TO THE POINT OF BEGINNING, IN THE CITY OF PEORIA, SITUATED IN PEORIA COUNTY, ILLINOIS, EXCEPTING THEREFROM ANY PART FALLING WITHIN JOANNE HILLS SECTION 2.

PIN: 14-17-126-011

FOR INFORMATIONAL PURPOSES, COMMONLY KNOWN AS:
1317 JETH COURT, PEORIA, IL 61614

TRACT 5:

PARCEL A:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SECTION 17; THENCE SOUTH 2 DEGREES 26 MINUTES 02 SECONDS EAST ALONG THE EAST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 17, A DISTANCE OF 90.08 FEET; THENCE WEST 0 DEGREES 0 MINUTES, A DISTANCE OF 65.49 FEET TO THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED; THENCE CONTINUING WEST 0 DEGREES 0 MINUTES A DISTANCE OF 162.0 FEET; THENCE SOUTH 0 DEGREES 0 MINUTES, A DISTANCE OF 25.0 FEET; THENCE IN A SOUTHWESTERLY DIRECTION ON A CURVE TO THE RIGHT HAVING A RADIUS OF 131.93 FEET, FOR AN ARC DISTANCE OF 93.68 FEET; THENCE EAST 0 DEGREES 0 MINUTES, A DISTANCE OF 193.88 FEET; THENCE NORTH 0 DEGREES 0 MINUTES, A DISTANCE OF 111.0 FEET TO THE POINT OF BEGINNING, SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS.

PARCEL B:

AN EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF TRACT 5 AS CREATED BY THE
*[continues on next page]*

57

AGREEMENT DATED JULY 28, 1972 AND RECORDED AUGUST 2, 1972 AS DOCUMENT NO. 72-13091, OVER AND ACROSS A TRACT OF LAND MORE PARTICULARLY DESCRIBED AS FOLLOW: COMMENCING AT THE NORTHWEST CORNER OF THE ABOVE DESCRIBED TRACT OF LAND AS THE POINT OF BEGINNING OF THE EASEMENT TO BE DESCRIBED; THENCE SOUTH 0 DEGREES 0 MINUTES A DISTANCE OF 25.0 FEET; THENCE IN A SOUTHWESTERLY DIRECTION ON A CURVE TO THE RIGHT HAVING A RADIUS OF 131.93 FEET FOR AN ARC DISTANCE OF 113.37 FEET; THENCE SOUTH 49 DEGREES 14 MINUTES 13 SECONDS WEST, A DISTANCE OF 43.91 FEET TO THE NORTHEASTERLY RIGHT OF WAY LINE OF STATE AID ROUTE #52; THENCE NORTH 50 DEGREES 34 MINUTES 36 SECONDS WEST ALONG THE NORTHEASTERLY RIGHT OF WAY LINE OF STATE AID ROUTE #52, A DISTANCE OF 25.37 FEET; THENCE NORTH 49 DEGREES 14 MINUTES 13 SECONDS EAST, A DISTANCE OF 48.24 FEET; THENCE IN A NORTHEASTERLY DIRECTION ON A CURVE TO THE LEFT HAVING A RADIUS OF 106.93 FEET, FOR AN ARC DISTANCE OF 91.89 FEET; THENCE NORTH 0 DEGREES 0 MINUTES, A DISTANCE OF 25.0 FEET; THENCE EAST 0 DEGREES 0 MINUTES, A DISTANCE OF 25.0 FEET TO THE POINT OF BEGINNING, SITUATE, LYING AND BEING IN THE COUNTY OF PEORIA AND STATE OF ILLINOIS.

PIN: 14-17-126-010

FOR INFORMATIONAL PURPOSES, COMMONLY KNOWN AS:
1308 JETH COURT, PEORIA, IL 61614

TRACT 6

PARCEL A:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 17 AND THE NORTHEASTERLY R.O.W. LINE OF STATE AID ROUTE #52, ALSO KNOWN AS NORTH UNIVERSITY STREET, THENCE SOUTHEAST ALONG THE NORTHEASTERLY R.O.W. LINE OF STATE AIDE ROUTE #52, ALSO KNOWN AS UNIVERSITY STREET, 318.1 FEET TO THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED, FROM THE POINT OF BEGINNING THENCE NORTH 49 DEGREES 14 MINUTES 13 SECONDS EAST A DISTANCE OF 48.24 FEET; THENCE IN A NORTHEASTERLY DIRECTION ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 106.93 FEET FOR AN ARC DISTANCE OF 91.89 FEET; THENCE WEST 0 DEGREES 0 MINUTES, A DISTANCE OF 71.0 FEET TO THE EAST LINE OF THE ABOVE DESCRIBED TRACT OF LAND; THENCE NORTH 0 DEGREES 0 MINUTES, ALONG THE EAST LINE OF THE ABOVE DESCRIBED TRACT OF LAND, A DISTANCE OF 25.0 FEET; THENCE EAST 0 DEGREES 0 MINUTES, A DISTANCE OF 96.0 FEET; THENCE SOUTH 0 DEGREES 0 MINUTES, A DISTANCE OF 25.0 FEET; THENCE IN A SOUTHWESTERLY DIRECTION, ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 131.93 FEET FOR AN ARC DISTANCE OF 113.37 FEET; THENCE SOUTH 49 DEGREES 14 MINUTES 13 SECONDS WEST, A DISTANCE OF 43.91 FEET TO THE NORTHEASTERLY R.O.W. LINE OF STATE AID ROUTE #52, THENCE NORTH 50 DEGREES 34 MINUTES 36 SECONDS WEST ALONG THE NORTHEASTERLY R.O.W. LINE OF STATE AID ROUTE #52, A DISTANCE OF 25.37 FEET TO THE POINT OF BEGINNING, SITUATED IN PEORIA COUNTY, ILLINOIS.

PARCEL B:

A PART OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, PEORIA COUNTY, ILLINOIS, MORE PARTICULARLY DESCRIBED AS FOLLOWS AND BEARINGS ARE FOR DESCRIPTIVE PURPOSES ONLY:

COMMENCING AT AN IRON PIPE AT THE NORTHEAST CORNER OF SAID NORTHWEST QUARTER OF SECTION 17; THENCE ALONG THE SOUTH LINE OF JOANNE HILLS SECTION TWO, A SUBDIVISION OF PART OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 9 NORTH, RANGE 8 EAST OF THE FOURTH PRINCIPAL MERIDIAN, BEARING NORTH 88 DEGREES 59

*[continues on next page]*

A - 6

MINUTES 23 SECONDS WEST, A DISTANCE OF 543.18 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF UNIVERSITY STREET AS SHOWN ON A RESOLUTION RECORDED AS DOCUMENT NO. 82-16199, PEORIA COUNTY RECORDER OF DEEDS OFFICE; THENCE ALONG THE FORMER EASTERLY RIGHT-OF-WAY LINE OF STATE AID ROUTE 52 AS SHOWN IN BOOK 763 ON PAGE 567, PEORIA COUNTY RECORDER OF DEEDS OFFICE, 272.99 FEET AROUND A CURVE TO THE LEFT WHOSE RADIUS IS 1066.28 FEET AND WHOSE CHORD BEARS SOUTH 42 DEGREES 14 MINUTES 24 SECONDS EAST, A DISTANCE OF 272.24 FEET; THENCE CONTINUING ALONG SAID FORMER EASTERLY RIGHT-OF-WAY LINE BEARING SOUTH 49 DEGREES 34 MINUTES 30 SECONDS EAST, A DISTANCE OF 45.13 FEET TO THE SOUTH CORNER OF TRACT 3 IN DOCUMENT NO. 97-19841, PEORIA COUNTY RECORDER OF DEEDS OFFICE AND THE POINT OF BEGINNING OF THE PARCEL TO BE DESCRIBED:

FROM THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID FORMER EASTERLY RIGHT-OF-WAY LINE BEARING SOUTH 49 DEGREES 34 MINUTES 30 SECONDS EAST, A DISTANCE OF 25.37 FEET TO THE WEST CORNER OF TRACT 5 IN SAID DOCUMENT NUMBER 97-19841; THENCE BEARING SOUTH 50 DEGREES 14 MINUTES 19 SECONDS WEST, A DISTANCE OF 101.68 FEET TO SAID EASTERLY RIGHT-OF-WAY LINE OF UNIVERSITY STREET; THENCE ALONG SAID EASTERLY RIGHT-OF-WAY LINE OF UNIVERSITY STREET BEARING NORTH 34 DEGREES 29 MINUTES 11 SECONDS WEST, A DISTANCE OF 25.11 FEET; THENCE BEARING NORTH 50 DEGREES 14 MINUTES 19 SECONDS EAST, A DISTANCE OF 95.05 FEET TO THE POINT OF BEGINNING.

PIN: 14-17-126-012

FOR INFORMATIONAL PURPOSES ONLY, COMMONLY KNOWN AS:
6608 N. UNIVERSITY STREET, PEORIA, IL 61614

59

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 et seq., | ) ) ) ) | |
| Plaintiff/Appellee, | ) ) | |
| vs. | ) ) | Case No. 12 CH 97 |
| KIMBRELL REALTY/JETH COURT, LLC, an Illinois limited liability company; JODY D. KIMBRELL; ANNA F. ISAACS; JASON CLAYTON; MICHAEL D. KIMBRELL; STATE BANK OF SPEER; UNKNOWN OWNERS and NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) | |
| Defendants/Appellants. | ) | |

## AFFIDAVIT OF JEFFREY E. KRUMPE

JEFFREY E. KRUMPE, on oath, deposes and states as follows:

1.    I am an adult and have personal knowledge of the facts contained in this Affidavit.

2.    I have served as the local attorney for Fannie Mae and BV Sun Grove, LLC in the above-captioned case.

3.    BV Sun Grove, LLC is a holding company created by Fannie Mae to hold title to the property which is the subject matter of this foreclosure.

4.    Appellant sought a stay of enforcement pursuant to Supreme Court Rule 305 and that relief was denied.

**EXHIBIT**

60

5. Fannie Mae proceeded to a sale of the property in the foreclosure and was the successful bidder at the sale.

6. Fannie Mae assigned its interest in the Certificate of Sale to BV Sun Grove, LLC, which took title to the property.

7. The property was subsequently sold to JETH COURT HOMES LLC. See Exhibit A attached to Appellee's Motion to Dismiss.

8. JETH COURT HOMES LLC is not a party to this litigation nor is JETH COURT HOMES LLC a nominee of any party to this litigation.

Affiant further sayeth not.

_____
Jeffrey E. Krumpe

SUBSCRIBED AND SWORN TO before me this _6th_ day of July, 2016

_____
Notary Public

OFFICIAL SEAL
JANICE L BOHM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/02/17

Jeffrey E. Krumpe
Miller, Hall & Triggs, LLC
416 Main Street, Suite 1125
Peoria, IL 61602
Telephone: (309) 671-9600

2

61

**CERTIFICATE OF COMPLIANCE**

I, Jody D Kimbrell, hereby certify that this brief complies Circuit Court rule 30(a)(b) and contains all the required Court documents.

S: Jody D Kimbrell